**Fill in this information to identify the case:**

United States Bankruptcy Court for the <u>Southern District of Texas</u>

Case number (*if known*): _____ Chapter <u>11</u>

☐   Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Stewardship Health, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | N/A |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 93-4645903 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1900    N. Pearl Street <br> <span style="font-size:small">Number    Street</span> | <span style="font-size:small">Number                    Street</span> |
| Suite 2400 | <span style="font-size:small">P.O. Box</span> |
| Dallas          Texas          75201 <br> <span style="font-size:small">City             State             ZIP Code</span> | <span style="font-size:small">City                State          ZIP Code</span> |
| | **Location of principal assets, if different from principal place of business** |
| Dallas <br> <span style="font-size:small">County</span> | <span style="font-size:small">Number          Street</span> |
| | <span style="font-size:small">City                State          ZIP Code</span> |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://www.steward.org |

6. **Type of debtor**

☒  Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐  Partnership (excluding LLP)
☐  Other.  Specify: _____

| Debtor | Stewardship Health, Inc. | Case number (if known) | 24-_____ (   ) |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax- exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
6211 – Offices of Physicians

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes    District _____    When _____    Case number _____
                                    MM/ DD/ YYYY

             District _____    When _____    Case number _____
                                    MM / DD/ YYYY

| Debtor | Stewardship Health, Inc. | Case number (if known) | 24- ___ ( ) |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes

| Debtor | See Schedule 1 | Relationship | See Schedule 1 |
|---|---|---|---|
| District | Southern District of Texas | When | May 6, 2024 |
| | | | MM / DD / YYYY |
| Case number, if known | | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact Name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

(on a consolidated basis with all affiliated debtors)

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☒ More than 100,000 |
| ☐ 200-999 | | |

| Debtor | Stewardship Health, Inc. | Case number (if known) | 24-___ ( ) |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| **15. Estimated assets** <br> (on a consolidated basis with all affiliated debtors) | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | | | | | |
|---|---|---|---|---|---|
| **16. Estimated liabilities** <br> (on a consolidated basis with all affiliated debtors) | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 6, 2024___
MM / DD/ YYYY

✘ ___/s/ John R. Castellano___          ___John R. Castellano___
Signature of authorized representative of debtor          Printed name

___Chief Restructuring Officer___
Title

**18. Signature of attorney**

✘ ___/s/ Gabriel A. Morgan___     Date ___May 6, 2024___
Signature of attorney for debtor          MM / DD / YYYY

___Gabriel A. Morgan___          ___Ray C. Schrock___
Printed Name

___Weil, Gotshal & Manges LLP___          ___Weil, Gotshal & Manges LLP___
Firm Name

___700 Louisiana Street, Suite 3700___          ___767 Fifth Avenue___
Address

___Houston, Texas 77002___          ___New York, New York 10153___
City/State/Zip

___(713) 546-5000___          ___(212) 310-8000___
Contact Phone

___gabriel.morgan@weil.com___          ___ray.schrock@weil.com___
Email Address

___24125891___          ___Texas___
Bar Number          State

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (Houston Division) (the "**Court**"). A motion will be filed with the Court requesting the chapter 11 case of each entity listed below be consolidated for procedural purposes only and jointly administered under the case number assigned to the chapter 11 case of Steward Health Care System LLC.

| Debtor Entity | Debtor Entity |
|---|---|
| SJ Medical Center, LLC | Davis Hospital Holdings, Inc. |
| Downtown Houston Physician Hospital Organization | Davis Surgical Center Holdings, Inc. |
| Steward Health Care Holdings LLC | De Zavala Medical Center LLC |
| Steward Health Care System LLC | Glenwood Specialty Imaging, LLC |
| Arizona Diagnostic & Surgical Center, Inc. | HC Essential Co. |
| Beaumont Hospital Holdings, Inc. | Health Choice Florida, Inc. |
| Biltmore Surgery Center Holdings, Inc. | Health Choice Louisiana, Inc. |
| Biltmore Surgery Center, Inc. | Health Choice Managed Care Solutions LLC |
| Blackstone Medical Center, Inc. | Health Choice Northern Arizona LLC |
| Blackstone Rehabilitation Hospital, Inc. | Health Choice Preferred Accountable Care LLC |
| Boston Orthopedic Center, LLC | Health Choice Preferred Louisiana ACO LLC |
| Boston Sports Medicine and Research Institute, LLC | Health Choice Preferred Louisiana Physician Association LLC |
| Brevard SHC Holdings LLC | Health Choice Preferred Texas ACO – Alamo Region LLC |
| Brim Healthcare of Colorado, LLC | Health Choice Preferred Texas ACO – Gulf Coast Region LLC |
| Brim Healthcare of Texas, LLC | Health Choice Preferred Texas Physician Association – Alamo Region LLC |
| Brim Holding Company, Inc. | Health Choice Preferred Texas Physician Association – Gulf Coast Region LLC |
| Brim Physicians Group of Colorado, LLC | Health Choice Utah Accountable Care LLC |
| Choice Care Clinic I, Inc. | HealthUtah Holdco LLC |
| Choice Care Clinic II, Inc. | Heritage Technologies, LLC |
| Choice Care Clinic III, Inc. | IASIS Capital Corporation |
| Choice Care Clinic of Louisiana, Inc. | IASIS Finance II LLC |
| Choice Care Clinic of Utah, Inc. | IASIS Finance III LLC |
| Converse Medical Center LLC | IASIS Finance, Inc. |
| Davis Hospital & Medical Center, LP | IASIS Finance Texas Holdings, LLC |

| Debtor Entity | Debtor Entity |
|---|---|
| IASIS Glenwood Regional Medical Center, LP | Riverwoods ASC Holdco LLC |
| IASIS Healthcare Corporation | Salt Lake Regional Medical Center, LP |
| IASIS Healthcare Holdings, Inc. | Salt Lake Regional Physicians, Inc. |
| IASIS Healthcare LLC | Seaboard Development LLC |
| IASIS Management Company | Seaboard Development Port Arthur LLC |
| IASIS Transco, Inc. | SHC Youngstown Ohio Laboratory Services Company LLC |
| Indigent Care Services of Northeast Louisiana, Inc. | SHC Youngstown Ohio Outpatient Services LLC |
| Jordan Valley Hospital Holdings, Inc. | SHC Youngstown Ohio PSC LLC |
| Jordan Valley Medical Center, LP | Southridge Plaza Holdings, Inc. |
| Legacy Trails Medical Center LLC | Southwest General Hospital, LP |
| Mesa General Hospital, LP | St. Luke's Behavioral Hospital, LP |
| Morton Hospital, A Steward Family Hospital, Inc. | St. Luke's Medical Center, LP |
| Mountain Point Holdings, LLC | Steward Accountable Care Organization, Inc. |
| Mountain Vista Medical Center, LP | Steward Anesthesiology Physicians of Florida, Inc. |
| MT Transition LP | Steward Anesthesiology Physicians of Massachusetts, Inc. |
| Nashoba Valley Medical Center, A Steward Family Hospital, Inc. | Steward Anesthesiology Physicians of Pennsylvania, Inc. |
| New England Sinai Hospital, A Steward Family Hospital, Inc. | Steward ASC Holdings LLC |
| Odessa Fertility Lab, Inc. | Steward Carney Hospital, Inc. |
| Odessa Regional Hospital, LP | Steward CGH, Inc. |
| OnSite Care, Inc. | Steward Easton Hospital, Inc. |
| OnSite Care MSO, LLC | Steward Emergency Physicians, Inc. |
| Permian Basin Clinical Services, Inc. | Steward Emergency Physicians of Arizona, Inc. |
| Permian Premier Health Services, Inc. | Steward Emergency Physicians of Florida, Inc. |
| Physician Group of Arizona, Inc. | Steward Emergency Physicians of Pennsylvania, Inc. |
| Physician Group of Arkansas, Inc. | Steward Emergency Physicians Ohio, Inc. |
| Physician Group of Florida, Inc. | Steward Employer Solutions LLC |
| Physician Group of Louisiana, Inc. | Steward Fall River Management Care Services LLC |
| Physician Group of Utah, Inc. | Steward Florida ALF LLC |
| Podiatric Physicians Management of Arizona, Inc. | Steward Florida ASC LLC |
| PP Transition, Inc. | Steward Florida Holdings LLC |
| PP Transition LP | Steward FMC, Inc. |
| Quincy Medical Center, A Steward Family Hospital, Inc. | Steward Good Samaritan Medical Center, Inc. |

| Debtor Entity | Debtor Entity |
|---|---|
| Steward Good Samaritan Occupational Health Services, Inc. | Steward PET Imaging, LLC |
| Steward Good Samaritan Radiation Oncology Center, Inc. | Steward PGH, Inc. |
| Steward Health Care International LLC | Steward Physician Contracting, Inc. |
| Steward Health Care Network ACO Texas, Inc. | Steward Radiology Physicians of Arizona, Inc. |
| Steward Health Care Network, Inc. | Steward Radiology Physicians of Florida, Inc. |
| Steward Health Care OZ Fund, Inc. | Steward Radiology Physicians of Massachusetts, Inc. |
| Steward Health Choice, Inc. | Steward Radiology Physicians of Pennsylvania, Inc. |
| Steward Healthcare Management Services LLC | Steward Rockledge Hospital, Inc. |
| Steward HH, Inc. | Steward SA FSED Holdings, Inc. |
| Steward Hillside Rehabilitation Hospital, Inc. | Steward Sebastian River Medical Center, Inc. |
| Steward Holy Family Hospital, Inc. | Steward Sharon Regional Health System, Inc. |
| Steward Hospital Holdings LLC | Steward Special Projects LLC |
| Steward Hospital Holdings Subsidiary One, Inc. | Steward St. Anne's Hospital Corporation |
| Steward Imaging & Radiology Holdings LLC | Steward St. Elizabeth's Medical Center of Boston, Inc. |
| Steward Medicaid Care Network, Inc. | Steward St. Elizabeth's Realty Corp. |
| Steward Medical Group Express Care, Inc. | Steward Texas Hospital Holdings LLC |
| Steward Medical Group, Inc. | Steward Trumbull Memorial Hospital, Inc. |
| Steward Medical Group Pennsylvania Endoscopy LLC | Steward TSC Investments LLC |
| Steward Medical Holdings LLC | Steward Valley Regional Ventures, Inc. |
| Steward Medical Ventures, Inc. | Steward West Ventures, Co. |
| Steward Melbourne Hospital, Inc. | Stewardship Health, Inc. |
| Steward New England Initiatives, Inc. | Stewardship Health Medical Group, Inc. |
| Steward Norwood Hospital, Inc. | Stewardship Services Inc. |
| Steward NSMC, Inc. | The Medical Center of Southeast Texas, LP |
| Steward Ohio Holdings LLC | TNC Transition LP |
| Steward Operations Holdings LLC | TRACO Investment Management LLC |
| Steward Pathology Physicians of Massachusetts, Inc. | Utah Transcription Services, Inc. |
| Steward Pennsylvania Holdings LLC | |

**Omnibus Action by Written Consent**
**of the Entities listed on Schedule A**

May 5, 2024

The undersigned, being the requisite (i) members of the boards of directors, (ii) members of the boards of managers, (iii) members, (iv) managing members, (v) stockholders or shareholders, (vi) general partners or limited partners, and (vii) managers (or the equivalent of any of the foregoing), as applicable (in each case, a "**Governing Body**" and collectively, the "**Governing Bodies**"), of the entities listed on <u>**Schedule A**</u> (each, a "**Company**" and together, the "**Companies**") each hereby consent, in accordance with the applicable provisions of the organizational documents of the relevant Company and the applicable laws of the jurisdiction in which such Company is organized, to the following actions and adopt the following resolutions with respect to the relevant Company in lieu of a meeting, with each such resolution effective as of the date written above.

1. <u>**Chapter 11 Filing**</u>

**WHEREAS**, each Governing Body has had the opportunity to review and analyze the assets, liabilities and liquidity of the Company for which it serves as the Governing Body and the strategic alternatives available to such Company and the impact of the foregoing on such Company's business;

**WHEREAS**, each Governing Body has had the opportunity to consult with the management and the legal and financial advisors of the Company for which it serves as the Governing Body to fully consider, and has considered, the strategic alternatives available to such Company;

**WHEREAS**, at a meeting of the board (the "**Board of Directors**") of Steward Health Care Holdings LLC ("**SHCH**") held on December 19, 2023, the Board of Directors established a transformation committee consisting of two (2) members of the Board of Directors and one (1) independent member (together the "**Transformation Committee**");

**WHEREAS,** on or about February 21, 2024 the Board of Directors adopted an amended and restated charter (as amended, the "**A&R Transformation Committee Charter**") of the Transformation Committee, pursuant to which the Transformation Committee was delegated certain responsibilities, powers and authority including, among other things, the power to negotiate consider, review, evaluate, implement and report to the Board of Directors certain strategic and financial transactions available to SHCH and its direct and indirect subsidiaries and their respective businesses, assets, properties and debt obligations, including with respect to a potential restructuring of SHCH's and its subsidiaries' indebtedness and any related actions the Transformation Committee considers necessary, appropriate or advisable;

**WHEREAS**, on the date hereof, the Transformation Committee has recommended to the Board of Directors that it approve, adopt and ratify resolutions authorizing SHCH to file a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States

Code (the "**Bankruptcy Code**") and the Board of Directors has authorized and approved the filing of Chapter 11 Cases (as defined below);

WHEREAS, each Governing Body believes that taking the actions set forth below is in the best interests of the Company for which it serves as the Governing Body and, therefore, desires to approve the following resolutions; and

NOW, THEREFORE, BE IT RESOLVED, that in the respective business judgment of each Governing Body, it is desirable and in the best interests of such Company (including in consideration of its creditors and other parties in interest) that such Company shall be, and hereby is, authorized to file, or cause to be filed, a voluntary petition for relief (each a "**Chapter 11 Case**" and collectively, the "**Chapter 11 Cases**") under the provisions of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States;

FURTHER RESOLVED, that any Chief Executive Officer, Vice President, Chief Financial Officer, Treasurer, Chief Legal Officer, Secretary or Assistant Secretary, Manager, Director, or other duly appointed officer, including the Chief Restructuring Officer (as defined below), or other person acting at the direction of any of the foregoing officers of SHCH, of each Governing Body and of each Company (collectively, the "**Authorized Signatories**"), acting alone or with one or more other Authorized Signatories be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of each Company, to execute and file all petitions, schedules, lists and other motions, papers, or documents, and to take and perform any and all actions that such Authorized Signatory deems necessary, proper or desirable in connection with each Company's Chapter 11 Case or filings therefor, including, without limitation (i) the payment of fees, expenses, and taxes such Authorized Signatory deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing, and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates, or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Cases with a view to the successful prosecution of the Chapter 11 Cases (such acts to be conclusive evidence that such Authorized Signatory has been deemed to meet such standard); and

FURTHER RESOLVED, that all acts and deeds previously performed by any of the Authorized Signatories or officers of each Company prior to the adoption of the foregoing resolutions that are within the authority conferred by the foregoing resolutions, are hereby ratified, confirmed, and approved in all respects as the authorized acts and deeds of the relevant Company.

2. **Retention of Professionals**

NOW, THEREFORE, BE IT RESOLVED, that the retention of Weil, Gotshal & Manges LLP ("**Weil**"), as attorneys for each Company in the Chapter 11 Cases pursuant to the engagement letter between SHCH and Weil, subject to Bankruptcy Court approval, is hereby ratified, authorized and approved;

**FURTHER RESOLVED**, that the retention of AP Services, LLC ("**AlixPartners**"), as financial advisor for each Company in the Chapter 11 Cases pursuant to the engagement letter between SHCH and AlixPartners, subject to Bankruptcy Court approval, is hereby ratified, authorized and approved;

**FURTHER RESOLVED**, that the retention of Lazard Frères & Co. LLC ("**Lazard**"), as investment banker for each Company in the Chapter 11 Cases pursuant to the engagement letter between SHCH, Lazard and Weil, subject to Bankruptcy Court approval, is hereby ratified, authorized and approved;

**FURTHER RESOLVED**, that the retention of Leerink Partners LLC ("**Leerink**"), as healthcare investment banker for each Company in the Chapter 11 Cases, pursuant to the engagement letter between SHCH, Leerink and Weil, subject to Bankruptcy Court approval, is hereby ratified, authorized and approved;

**FURTHER RESOLVED**, that the retention of Cain Brothers ("**Cain**"), a division of KeyBanc Capital markets Inc., as hospital investment banker for each Company in the Chapter 11 Cases, pursuant to the engagement letter between SHCH, Cain and Weil, subject to Bankruptcy Court approval, is hereby ratified, authorized and approved;

**FURTHER RESOLVED**, that the retention of McDermott Will & Emery LLP ("**MWE**"), as special corporate and regulatory counsel for each Company in the Chapter 11 Cases, pursuant to the engagement letter between SHC LLC (as defined below) and MWE, subject to Bankruptcy Court approval, is hereby ratified, authorized and approved;

**FURTHER RESOLVED**, that the retention of Kroll Restructuring Administration LLC ("**Kroll**"), as claims and noticing agent in the Chapter 11 Cases, pursuant to the engagement letter between SHC LLC (as defined below) and Kroll, subject to Bankruptcy Court approval, is hereby ratified, authorized and approved;

**FURTHER RESOLVED**, that each of the Authorized Signatories be, and hereby is, authorized, empowered, and directed to retain professionals and advisors to assist each Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized, empowered and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any professionals as necessary, proper or desirable; and

**FURTHER RESOLVED**, that each of the Authorized Signatories be, and hereby is, with the power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and, in connection therewith, to employ and retain (including payment of appropriate retainers and fees) all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Signatories deem necessary, proper, or desirable in connection with each Company's Chapter 11 Case, with a

view to the successful prosecution of such case.

### 3. Appointment of Chief Restructuring Officer

**WHEREAS**, each Governing Body believes that it is advisable and in the best interests of the Company for which it serves as the Governing Body to appoint John R. Castellano as Chief Restructuring Officer of such Company with the roles and responsibilities as described in the engagement letter by and between AlixPartners and SHCH (as amended by Addendum 1 on May 1, 2024 and Addendum 2 on May 5, 2024, the "**CRO Engagement Letter**");

**NOW, THEREFORE, BE IT RESOLVED**, that each Governing Body, as applicable, hereby designates John R. Castellano as Chief Restructuring Officer of the Company for which it serves as the Governing Body;

**FURTHER RESOLVED**, that each Governing Body, as applicable, hereby authorizes and approves in all respects (i) the form, terms, and provisions of the CRO Engagement Letter; (ii) the execution and delivery by the Company for which it serves as the Governing Body of the CRO Engagement Letter; and (iii) the performance by such Company of its duties and obligations thereunder;

**FURTHER RESOLVED**, that the Chief Restructuring Officer is authorized and directed to perform all acts and deeds and to execute and deliver all necessary documents on behalf of each Company in accordance with the scope outlined in the CRO Engagement Letter; and

**FURTHER RESOLVED**, that the Chief Restructuring Officer shall report to each Governing Body or other officers, as directed by the applicable Governing Body and, at the request of a Governing Body, shall make recommendations to and consult with such Governing Body.

### 4. Debtor-in-Possession Financing and Cash Collateral

**WHEREAS,** each Company proposes to enter into a secured debtor-in-possession financing transaction (such transaction, the "**DIP Financing**") as of or about the commencement of the Chapter 11 Cases to be evidenced by a binding term sheet, promissory note and/or credit agreement (as may be amended, restated, amended and restated, supplemented, or otherwise modified from time to time, the "**DIP Financing Agreements**"), on terms and conditions substantially consistent with those presented to each Governing Body, with any amendments, modifications, alterations or changes thereto as may be approved by the Transformation Committee or any Authorized Signatory (which, as used throughout in this Section 4, with respect to any Company, shall be deemed to include any Authorized Signatory of any parent entity of such Company), and subject to approval of the Bankruptcy Court;

**WHEREAS**, each such Company desires to guaranty the payment and performance of the obligations (other than such Company's own primary obligations) under the DIP Financing Agreements and the other Additional DIP Financing Documents (as defined below) and grant

4

security interests in and liens upon substantially all of their assets as collateral for the obligations under the DIP Financing Agreements and the other Additional DIP Financing Documents; and

**WHEREAS**, it is hereby deemed that the DIP Financing Agreements and the Additional DIP Financing Documents and, to the extent such Company is a party thereto, the execution and delivery thereof, the performance of such Company's obligations thereunder and the transactions contemplated thereby, are advisable and in the best interests of such Company.

**NOW, THEREFORE, BE IT RESOLVED**, that (a) the form, terms, and conditions of, the DIP Financing Agreements, together with any amendments, modifications, alterations, or changes thereto as may be approved by any Authorized Signatory, (b) the execution, delivery, and performance by such Company, to the extent it is party thereto, of the DIP Financing Agreements and the Additional DIP Financing Documents, and the consummation of the transactions contemplated thereunder, including the borrowing (and repayment) of any loans or funds or any other extension of credit under the DIP Financing Agreements and any Additional DIP Financing Document, the guaranty of any obligations under the DIP Financing Agreements and any Additional DIP Financing Document, and the use of proceeds to provide liquidity for each Company and their subsidiaries and affiliates throughout the Chapter 11 Cases, (c) the grant of security interests in all or any portion of such Company's assets to secure any obligations under the DIP Financing Agreements and any Additional DIP Financing Documents, (d) if applicable, the repayment, refinancing, termination, or other treatment of existing third-party debt of such Company and any other existing indebtedness pursuant to the terms of the DIP Financing Agreements and/or any Additional DIP Financing Document, and (e) the execution, delivery, and performance by such Company, to the extent it is party thereto, of all agreements, security, guarantee or collateral documents, mortgages, financing statements, documents, promissory notes, instruments, notices, certificates, stock powers, payoff letters, fee letters, engagement letters, and all other related documents, including exhibits and schedules thereto or that are otherwise necessary, advisable, desirable, or appropriate (in the determination of any Authorized Signatory) to be executed and delivered by such Company in connection with the DIP Financing Agreements, in each case, in such form and substance as may be approved by any Authorized Signatory (each an "**Additional DIP Financing Document**" and collectively, the "**Additional DIP Financing Documents**"), are hereby in all respects authorized and approved, and that each Authorized Signatory, any one of whom may act without the joinder of any of the others, be, and they hereby are, authorized, empowered, and directed to do and perform, or cause to be done and performed all such acts and things and to sign and deliver or cause to be signed and delivered, all such documents, agreements, certificates, and other instruments, and to take all such other actions as are necessary, advisable, desirable, or appropriate in order to effectuate the purpose and intent of the foregoing resolutions;

**FURTHER RESOLVED**, that the granting by such Company of liens on and security interests in any or all of its assets to secure any obligations under the DIP Financing Agreements and any Additional DIP Financing Documents and the filing and recording of any UCC financing statements, fixture filings, intellectual property filings, or any other documents and the taking of any other actions necessary, advisable, desirable, or appropriate to perfect such security interests, are hereby authorized and approved, and each Authorized Signatory is authorized on behalf of such Company to execute and deliver any such other perfection documents or instruments,

including, without limitation, continuation statements, and pay such fees, taxes, and expenses, as necessary;

**FURTHER RESOLVED**, that the pledge by such Company of any equity interest held by it, the transfer of such equity interest to the administrative agent or collateral agent for the DIP Financing (the "**DIP Agent**") or any nominee thereof and any transfer from time to time by the DIP Agent or its nominee to any other person pursuant to the exercise of any rights under the DIP Financing Agreements and all steps required of such Company to give effect to such pledge and transfers, including the issuance of certificates of ownership and the entering of the names of any transferees onto the subsidiaries' equity holder registers, are hereby approved; and that each Authorized Signatory is hereby authorized, empowered, and directed on behalf of such Company, to execute and deliver any such other transfer documents or instruments;

**FURTHER RESOLVED**, that each Authorized Signatory, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of such Company, to take all actions (including, without limitation, (a) the negotiation, execution, delivery, and filing of any agreements, letters, certificates, or other instruments or documents, including the filing of UCC financing statements, fixture filings, intellectual property filings or mortgage, (b) any increase in the principal amount of any obligation, (c) the modification or amendment of any of the terms and conditions of the DIP Financing Agreements and/or any Additional DIP Financing Document to the extent such Company is a party, (d) the payment of any consideration, and (e) the payment of expenses, fees, and taxes) as any such Authorized Signatory may deem necessary, advisable, desirable, or appropriate (such acts to be conclusive evidence that such Authorized Signatory, in his or her sole discretion, deemed the same to be necessary, advisable, desirable, or appropriate) in order to effect the transactions contemplated under the DIP Financing Agreements or any Additional DIP Financing Document to the extent such Company is a party, and all acts of any such Authorized Signatory taken pursuant to the authority granted herein, or having occurred prior to the date hereof in order to effect such transactions, are hereby approved, adopted, ratified, and confirmed in all respects as the acts and deeds of such Company;

**FURTHER RESOLVED**, that the execution, delivery, and performance of each of the documents described in the foregoing resolutions is necessary or convenient to the conduct, promotion, or attainment of the business and purposes of the Companies;

**FURTHER RESOLVED**, that, to the extent applicable, the Authorized Signatories may seek Bankruptcy Court approval, for the use of the cash collateral by the Companies under (i) that certain Credit Agreement, dated as of February 21, 2024 (as amended, restated, amended and restated, supplemented, refinanced or otherwise modified from time to time), by and among Steward Health Care Network, Inc., a Delaware corporation, Steward Emergency Physicians, Inc., a Massachusetts corporation, Steward Physician Contracting, Inc., a Massachusetts corporation, Steward Medicaid Care Network, Inc., a Delaware corporation, Stewardship Health, Inc., a Delaware corporation, Stewardship Health Medical Group, Inc., a Massachusetts corporation, and Stewardship Services Inc., a Delaware corporation (collectively, the "**Stewardship Borrower**"), the other Loan Parties (as defined therein) party thereto, the Lenders (as defined therein) party thereto, and Brigade Agency Services LLC, as the Administrative Agent (as defined therein) and

the Collateral Agent (as defined therein), (ii) that certain Credit Agreement, dated as of August 4, 2023 (as amended, restated, amended and restated, supplemented, refinanced or otherwise modified from time to time), by and among Steward Health Care System LLC, a Delaware limited liability company ("**SHC LLC**"), as the borrower, the other affiliates and subsidiaries of the borrower party thereto, the lenders party thereto, Sound Point Agency LLC, as administrative agent, and Chamberlain Commercial Funding (Cayman) L.P., as collateral agent, (iii) that certain Amended and Restated Promissory Note, dated as of April 25, 2024 (as amended, restated, amended and restated, supplemented, refinanced or otherwise modified from time to time), by the Stewardship Borrower in favor of MPT TRS Lender-Steward, LLC, a Delaware limited liability company (the "**MPT Lender**"), and (iv) that certain Third Amended and Restated Promissory Note, dated as of January 22, 2024 (as amended, restated, amended and restated, supplemented, refinanced or otherwise modified from time to time), by SHC LLC and the MPT Lender;

**FURTHER RESOLVED**, that the signature of any Authorized Signatory of such Company to the DIP Financing Agreements, the Additional DIP Financing Documents or any other documents in connection therewith shall be conclusive evidence of the authority of such Authorized Signatory, in the name and on behalf of such Company, to execute and deliver such document to which such Company is a party; and

**FURTHER RESOLVED**, that any and all past actions heretofore taken by any Authorized Signatory of such Company, in the name and on behalf of such Company, or for the benefit of, such Company or in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

5. **Termination of the Deferred Compensation Plans and Notification of Insolvency to Trustees of Trusts**

**WHEREAS**, SHC LLC maintains the Steward Health Care Deferred Compensation Plan, as amended and restated effective December 31, 2015 (the "**Steward DC Plan"**), and IASIS Healthcare LLC ("**IASIS**") maintains the IASIS Healthcare Executive Savings Plan, effective July 1, 2006 (the "**IASIS DC Plan**", together with the Steward DC Plan, the "**Deferred Compensation Plans**");

**WHEREAS**, Section 8.02 of the Steward DC Plan and Section 9.02(b) of the IASIS DC Plan provide that SHC LLC and IASIS may terminate the Steward DC Plan and the IASIS DC Plan, respectively, at any time in a manner that is consistent with Section 409A of the Internal Revenue Code of 1986, as amended;

**WHEREAS**, each of SHC LLC and IASIS desires to terminate the applicable Deferred Compensation Plan subject to Bankruptcy Court approval, effective as of the date hereof, and in accordance with Treasury Regulation Section 1.409A-3(j)(4)(ix)(A); and

**WHEREAS**, Section 3.2(a) of the Amended and Restated Rabbi Trust Agreement by and between SHC LLC and Matrix Trust Company, effective as of December 20, 2016 (the "**Steward Trust**") and Section 3.2(1) of the of the IASIS Healthcare Executive Savings Plan Trust Agreement by and between IASIS Healthcare, Inc. and Wells Fargo Bank, N.A., as  acquired by

Principal Financial Group in 2021, effective as of July 31, 2006 (the "**IASIS Trust**" and together with the Steward Trust, the "**Trusts**"), provide that highest ranking officer of each of SHC LLC and IASIS is obligated to inform in writing the trustee of the applicable Trust (together, the "**Trustees**") of the "Insolvency" of SHC LLC and IASIS, as applicable, which includes SHC LLC and IASIS being subject to a pending proceeding as debtor under the Bankruptcy Code; and

**WHEREAS**, following the filing of their respective Chapter 11 Cases, each of SHC LLC and IASIS desires to direct its highest ranking officer to notify the applicable Trustee in writing of the insolvency of SHC LLC and IASIS, as applicable.

**NOW, THEREFORE, BE IT RESOLVED**, that the Deferred Compensation Plans are hereby irrevocably terminated, subject to the approval of the Bankruptcy Court and effective as of the date hereof; and

**FURTHER RESOLVED**, that, following the filing of their respective Chapter 11 Cases, the highest ranking officer of each of SHC LLC and IASIS is authorized to notify the applicable Trustee in writing of the insolvency of SHC LLC and IASIS, as applicable.

6. **General Resolutions**

**NOW, THEREFORE, BE IT RESOLVED**, that the Authorized Signatories be, and each of them hereby is, authorized, empowered, and directed to execute, acknowledge, verify, deliver, and file any and all such other agreements, documents, instruments, and/or certificates and to take such other actions as may be necessary, proper or appropriate in order to carry out the intent and purposes of any of the foregoing resolutions;

**FURTHER RESOLVED**, that, to the extent that any Company serves as the sole member, sole manager, managing member, general partner, partner or other governing body (collectively, a "**Controlling Company**"), in each case, of any other company (a "**Controlled Company**"), each Authorized Signatory of such Company, who may act without the joinder of any other Authorized Signatory, be, and hereby is, authorized, empowered and directed in the name and on behalf of such Controlling Company (acting for such Controlled Company in the capacity set forth above, as applicable), to (i) authorize such Controlled Company to take any action that such Company is authorized to take hereunder and (ii) take any action on behalf of such Controlled Company that an Authorized Signatory is herein authorized to take on behalf of such Controlling Company;

**FURTHER RESOLVED**, that any and all actions heretofore or hereafter taken and expenses incurred in the name of and on behalf of each Company by any officer, director or other Authorized Signatory of any such Company in connection with or related to the matters set forth or contemplated by any of the foregoing resolutions be, and they hereby are, approved, ratified, and confirmed in all respects as fully as if such actions had been presented to and approved by the Governing Bodies prior to such actions being taken; and

**FURTHER RESOLVED**, that any Authorized Signatory of any of the Companies is

hereby authorized to certify to third parties with respect to adoption of any of the foregoing resolutions in the form and substance satisfactory to them.

\*       \*       \*       \*

Each undersigned (being the Governing Body for the Company for which it serves as the Governing Body) agrees that this Omnibus Action by Written Consent shall be added to the corporate records of each such Company and made a part thereof, and the undersigned further agrees that the resolutions set forth herein shall have the same force and effect as if adopted at a meeting duly noticed, held, called and constituted pursuant to each such Company's respective organizational documents and the applicable laws of the jurisdiction in which each such Company is organized. Facsimile, scanned, or electronic signatures shall be acceptable as originals.

## **<u>SCHEDULE A</u>**

| Company Name |
|---|
| |
| 1. Arizona Diagnostic & Surgical Center, Inc. |
| 2. Beaumont Hospital Holdings, Inc. |
| 3. Biltmore Surgery Center Holdings, Inc. |
| 4. Biltmore Surgery Center, Inc. |
| 5. Blackstone Medical Center, Inc. |
| 6. Blackstone Rehabilitation Hospital, Inc. |
| 7. Boston Orthopedic Center, LLC |
| 8. Boston Sports Medicine and Research Institute, LLC |
| 9. Brevard SHC Holdings LLC |
| 10. Brim Healthcare of Colorado, LLC |
| 11. Brim Healthcare of Texas, LLC |
| 12. Brim Holding Company, Inc. |
| 13. Brim Physicians Group of Colorado, LLC |
| 14. Choice Care Clinic I, Inc. |
| 15. Choice Care Clinic II, Inc. |
| 16. Choice Care Clinic III, Inc. |
| 17. Choice Care Clinic of Louisiana, Inc. |
| 18. Choice Care Clinic of Utah, Inc. |
| 19. Converse Medical Center LLC |
| 20. Davis Hospital & Medical Center, LP |
| 21. Davis Hospital Holdings, Inc. |
| 22. Davis Surgical Center Holdings, Inc. |
| 23. De Zavala Medical Center LLC |
| 24. Downtown Houston Physician Hospital Organization |
| 25. Glenwood Specialty Imaging, LLC |
| 26. HC Essential Co. |
| 27. Health Choice Florida, Inc. |
| 28. Health Choice Louisiana, Inc. |
| 29. Health Choice Managed Care Solutions LLC |
| 30. Health Choice Northern Arizona LLC |
| 31. Health Choice Preferred Accountable Care LLC |
| 32. Health Choice Preferred Louisiana ACO LLC |
| 33. Health Choice Preferred Louisiana Physician Association LLC |
| 34. Health Choice Preferred Texas ACO – Alamo Region LLC |
| 35. Health Choice Preferred Texas ACO – Gulf Coast Region LLC |
| 36. Health Choice Preferred Texas Physician Association – Alamo Region LLC |
| 37. Health Choice Preferred Texas Physician Association – Gulf Coast Region LLC |
| 38. Health Choice Utah Accountable Care LLC |
| 39. HealthUtah Holdco LLC |
| 40. Heritage Technologies, LLC |
| 41. IASIS Capital Corporation |
| 42. IASIS Finance II LLC |
| 43. IASIS Finance III LLC |
| 44. IASIS Finance Texas Holdings, LLC |
| 45. IASIS Finance, Inc. |
| 46. IASIS Glenwood Regional Medical Center, LP |
| 47. IASIS Healthcare Corporation |
| 48. IASIS Healthcare Holdings, Inc. |
| 49. IASIS Healthcare LLC |
| 50. IASIS Management Company |

| Company Name |
| --- |
| 51. IASIS Transco, Inc. |
| 52. Indigent Care Services of Northeast Louisiana, Inc. |
| 53. Jordan Valley Hospital Holdings, Inc. |
| 54. Jordan Valley Medical Center, LP |
| 55. Legacy Trails Medical Center LLC |
| 56. Mesa General Hospital, LP |
| 57. Morton Hospital, A Steward Family Hospital, Inc. |
| 58. Mountain Point Holdings, LLC |
| 59. Mountain Vista Medical Center, LP |
| 60. MT Transition LP |
| 61. Nashoba Valley Medical Center, A Steward Family Hospital, Inc. |
| 62. New England Sinai Hospital, A Steward Family Hospital, Inc. |
| 63. Odessa Fertility Lab, Inc. |
| 64. Odessa Regional Hospital, LP |
| 65. Onsite Care MSO, LLC |
| 66. OnSite Care, Inc. |
| 67. Permian Basin Clinical Services, Inc. |
| 68. Permian Premier Health Services, Inc. |
| 69. Physician Group of Arizona, Inc. |
| 70. Physician Group of Arkansas, Inc. |
| 71. Physician Group of Florida, Inc. |
| 72. Physician Group of Louisiana, Inc. |
| 73. Physician Group of Utah, Inc. |
| 74. Podiatric Physicians Management of Arizona, Inc. |
| 75. PP Transition LP |
| 76. PP Transition, Inc. |
| 77. Quincy Medical Center, A Steward Family Hospital, Inc. |
| 78. Riverwoods ASC Holdco LLC |
| 79. Salt Lake Regional Medical Center, LP |
| 80. Salt Lake Regional Physicians, Inc. |
| 81. Seaboard Development LLC |
| 82. Seaboard Development Port Arthur LLC |
| 83. SHC Youngstown Ohio Laboratory Services Company LLC |
| 84. SHC Youngstown Ohio Outpatient Services LLC |
| 85. SHC Youngstown Ohio PSC LLC |
| 86. SJ Medical Center, LLC |
| 87. Southridge Plaza Holdings, Inc. |
| 88. Southwest General Hospital, LP |
| 89. St. Luke's Behavioral Hospital, LP |
| 90. St. Luke's Medical Center, LP |
| 91. Steward Accountable Care Organization, Inc. |
| 92. Steward Anesthesiology Physicians of Florida, Inc. |
| 93. Steward Anesthesiology Physicians of Massachusetts, Inc. |
| 94. Steward Anesthesiology Physicians of Pennsylvania, Inc. |
| 95. Steward ASC Holdings LLC |
| 96. Steward Carney Hospital, Inc. |
| 97. Steward CGH, Inc. |
| 98. Steward Easton Hospital, Inc. |
| 99. Steward Emergency Physicians of Arizona, Inc. |
| 100. Steward Emergency Physicians of Florida, Inc. |
| 101. Steward Emergency Physicians of Pennsylvania, Inc. |
| 102. Steward Emergency Physicians Ohio, Inc. |

| Company Name |
|---|
| 103. Steward Emergency Physicians, Inc. |
| 104. Steward Employer Solutions LLC |
| 105. Steward Fall River Management Care Services LLC |
| 106. Steward Florida ALF LLC |
| 107. Steward Florida ASC LLC |
| 108. Steward Florida Holdings LLC |
| 109. Steward FMC, Inc. |
| 110. Steward Good Samaritan Medical Center, Inc. |
| 111. Steward Good Samaritan Occupational Health Services, Inc. |
| 112. Steward Good Samaritan Radiation Oncology Center, Inc. |
| 113. Steward Health Care International LLC |
| 114. Steward Health Care Network ACO Texas, Inc. |
| 115. Steward Health Care Network, Inc. |
| 116. Steward Health Care OZ Fund, Inc. |
| 117. Steward Health Care System LLC |
| 118. Steward Health Choice, Inc. |
| 119. Steward Healthcare Management Services LLC |
| 120. Steward HH, Inc. |
| 121. Steward Hillside Rehabilitation Hospital, Inc. |
| 122. Steward Holy Family Hospital, Inc. |
| 123. Steward Hospital Holdings LLC |
| 124. Steward Hospital Holdings Subsidiary One, Inc. |
| 125. Steward Imaging & Radiology Holdings LLC |
| 126. Steward Medicaid Care Network, Inc. |
| 127. Steward Medical Group Express Care, Inc. |
| 128. Steward Medical Group Pennsylvania Endoscopy LLC |
| 129. Steward Medical Group, Inc. |
| 130. Steward Medical Holdings LLC |
| 131. Steward Medical Ventures, Inc. |
| 132. Steward Melbourne Hospital, Inc. |
| 133. Steward New England Initiatives, Inc. |
| 134. Steward Norwood Hospital, Inc. |
| 135. Steward NSMC, Inc. |
| 136. Steward Ohio Holdings LLC |
| 137. Steward Operations Holdings LLC |
| 138. Steward Pathology Physicians of Massachusetts, Inc. |
| 139. Steward Pennsylvania Holdings LLC |
| 140. Steward PET Imaging, LLC |
| 141. Steward PGH, Inc. |
| 142. Steward Physician Contracting, Inc. |
| 143. Steward Radiology Physicians of Arizona, Inc. |
| 144. Steward Radiology Physicians of Florida, Inc. |
| 145. Steward Radiology Physicians of Massachusetts, Inc. |
| 146. Steward Radiology Physicians of Pennsylvania, Inc. |
| 147. Steward Rockledge Hospital, Inc. |
| 148. Steward SA FSED Holdings, Inc. |
| 149. Steward Sebastian River Medical Center, Inc. |
| 150. Steward Sharon Regional Health System, Inc. |
| 151. Steward Special Projects LLC |
| 152. Steward St. Anne's Hospital Corporation |
| 153. Steward St. Elizabeth's Medical Center of Boston, Inc. |
| 154. Steward St. Elizabeth's Realty Corp. |

| Company Name |
|---|
| 155. Steward Texas Hospital Holdings LLC |
| 156. Steward Trumbull Memorial Hospital, Inc. |
| 157. Steward TSC Investments LLC |
| 158. Steward Valley Regional Ventures, Inc. |
| 159. Steward West Ventures, Co. |
| 160. Stewardship Health Medical Group, Inc. |
| 161. Stewardship Health, Inc. |
| 162. Stewardship Services Inc. |
| 163. The Medical Center of Southeast Texas, LP |
| 164. TNC Transition LP |
| 165. TRACO Investment Management LLC |
| 166. Utah Transcription Services, Inc. |

*[Signature pages follow]*

**BOARD OF DIRECTORS OF
ARIZONA DIAGNOSTIC &
SURGICAL CENTER, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

By: _____
17C65FD9D5B04BD

Name: Michael Callum, M.D.

DocuSigned by:

By: _____
0965A7E8D0964B7

Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

DocuSign Envelope ID: A93BBFBF-1E20-49B2-8F14-1C549C516924

**BOARD OF DIRECTORS OF BEAUMONT HOSPITAL HOLDINGS, INC.:**

By: _____
Name: Michael Callum, M.D.

By: _____
Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF BILTMORE SURGERY CENTER HOLDINGS, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

By: _____
17C65FD9D5B04BD...

Name: Michael Callum, M.D.

DocuSigned by:

By: _____
0565A7E8D6964B7...

Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF
BILTMORE SURGERY CENTER, INC.:**

By: _Michael Callum, M.D._

Name: Michael Callum, M.D.

By: _[signature]_

Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF BLACKSTONE MEDICAL CENTER, INC.:**

By: _Michael Callum, M.D._

Name: Michael Callum, M.D.

By: _[signature]_

Name: Ralph de la Torre, M.D.

**STOCKHOLDER OF BLACKSTONE MEDICAL CENTER, INC.:**

**Steward Medical Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _Mark Rich_

Name: Mark Rich

Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF BLACKSTONE REHABILITATION HOSPITAL, INC.:**

By: _Michael Callum, M.D._

Name: Michael Callum, M.D.

By: _[signature]_

Name: Ralph de la Torre, M.D.

**STOCKHOLDER OF BLACKSTONE REHABILITATION HOSPITAL, INC.:**

**Steward Medical Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _Mark Rich_

Name: Mark Rich

Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MANAGING MEMBER OF BOSTON
ORTHOPEDIC CENTER, LLC:**

**Steward Medical Ventures, Inc.**

By: _____
Name:  Mark Rich
Title:    Treasurer

**MEMBER OF BOSTON ORTHOPEDIC
CENTER, LLC:**

**Steward Medical Ventures, Inc.**

By: _____
Name:  Mark Rich
Title:    Treasurer

[Signature Page to Omnibus Action by Written Consent]

**SOLE MEMBER OF BOSTON SPORTS MEDICINE AND RESEARCH INSTITUTE, LLC:**

**Steward Medical Group, Inc.**

By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MANAGING MEMBER OF BREVARD SHC HOLDINGS LLC:**

**Steward Florida Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:  Treasurer

**MEMBER OF BREVARD SHC HOLDINGS LLC:**

**Steward Florida Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF BRIM HEALTHCARE
OF COLORADO, LLC:**

**Brim Holding Company, Inc.**

By: _____

Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF BRIM HEALTHCARE
OF TEXAS, LLC:**

**Brim Holding Company, Inc.**

By: _Mark Rich_
042EE4BF5396489...
Name: Mark Rich
Title:   Treasurer

**MANAGER OF BRIM HEALTHCARE
OF TEXAS, LLC:**

**Brim Holding Company, Inc.**

By: _Mark Rich_
042EE4BF5396489
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF BRIM
HOLDING COMPANY, INC.:**

By: _Michael Callum, M.D._
_____
Name: Michael Callum, M.D.

**STOCKHOLDER OF BRIM HOLDING
COMPANY, INC.:**

IASIS Healthcare LLC

By: _Mark Rich_
_____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF BRIM PHYSICIANS GROUP OF COLORADO, LLC:**

**Brim Holding Company, Inc.**

By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF CHOICE CARE CLINIC I, INC.:**

By: _Michael Callum, M.D._
Name: Michael Callum, M.D.

By: _Joseph August, MD_
Name: Joseph August, M.D.

By: _Joseph Weinstein, M.D._
Name: Joseph Weinstein, M.D.


**MEMBER OF CHOICE CARE CLINIC I, INC.:**

**IASIS Healthcare Holdings, Inc.**

By: _Mark Rich_
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF CHOICE CARE CLINIC II, INC.:**

By: _____
Name: Michael Callum, M.D.

_____
Name: Joseph August, M.D.

_____
Name: Joseph Weinstein, M.D.


**MEMBER OF CHOICE CARE CLINIC II, INC.:**

**IASIS Healthcare Holdings, Inc.**

By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF CHOICE CARE CLINIC III, INC.:**

By: _____
Name: Michael Callum, M.D.

By: _____
Name: Joseph August, M.D.

By: _____
Name: Joseph Weinstein, M.D.


**MEMBER OF CHOICE CARE CLINIC III, INC.:**

**IASIS Healthcare Holdings, Inc.**

By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF CHOICE CARE CLINIC OF LOUISIANA, INC.:**

By: _____

Name: Michael Callum, M.D.

By: _____

Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF CHOICE CARE CLINIC OF UTAH, INC.:**

By: _Michael Callum, M.D._
Name: Michael Callum, M.D.

By: _____
Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF CONVERSE MEDICAL CENTER LLC:**

**Steward SA FSED Holdings, Inc.**

By: _____
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**GENERAL PARTNER OF DAVIS HOSPITAL & MEDICAL CENTER, LP:**

**IASIS Healthcare Holdings, Inc.**

By: _____

Name: Mark Rich

Title: Treasurer


**LIMITED PARTNER OF DAVIS HOSPITAL & MEDICAL CENTER, LP:**

**Davis Hospital Holdings, Inc.**

By: _____

Name: Mark Rich

Title: Treasurer


**TRACO International Group S. de R.L.**

By: _____

Name: Michael Callum, M.D.

Title: President


[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF DAVIS HOSPITAL HOLDINGS, INC.:**

By: _____
Name: Michael Callum, M.D.

By: _____
Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF DAVIS SURGICAL CENTER HOLDINGS, INC.:**

By: *Michael Callum, M.D.*
7CC65FD9D5B04BD...

Name: Michael Callum, M.D.

By: 6965A7E8D6864B7...

Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF DE ZAVALA MEDICAL
CENTER LLC:**

**Steward SA FSED Holdings, Inc.**

By: _____
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF
DOWNTOWN HOUSTON PHYSICIAN
HOSPITAL ORGANIZATION:**

By: _Michael Callum, M.D._
_____
Name: Michael Callum, M.D.

By: _Joseph August, MD_
_____
Name: Joseph August, M.D.

By: _Joseph Weinstein, M.D._
_____
Name: Joseph Weinstein, M.D.

**MEMBER OF DOWNTOWN
HOUSTON PHYSICIAN HOSPITAL
ORGANIZATION:**

**SJ Medical Center LLC**

By: _Mark Rich_
_____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF GLENWOOD SPECIALTY IMAGING, LLC:**

**IASIS Healthcare LLC**

By: _____

Name:  Mark Rich

Title:   Treasurer

**MANAGER OF GLENWOOD SPECIALTY IMAGING, LLC:**

**IASIS Healthcare LLC**

By: _____

Name:  Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF HC ESSENTIAL CO.:**

By: _Michael Callum, M.D._

Name: Michael Callum, M.D.

By: _____

Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF HEALTH CHOICE FLORIDA, INC.:**

By: *Michael Callum, M.D.*

Name: Michael Callum, M.D.

By: _____

Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF HEALTH CHOICE LOUISIANA, INC.:**

By: _Michael Callum, M.D._
_____
Name: Michael Callum, M.D.

By: _____
Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF HEALTH CHOICE
MANAGED CARE SOLUTIONS LLC:**

**IASIS Healthcare LLC**

By:
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF HEALTH CHOICE
NORTHERN ARIZONA LLC:**

**IASIS Healthcare LLC**

By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF HEALTH CHOICE PREFERRED ACCOUNTABLE CARE LLC:**

**Steward West Ventures, Co.**

By: _Mark Rich_
_____
Name: Mark Rich
Title: Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF HEALTH CHOICE**
**PREFERRED LOUISIANA ACO LLC:**

**IASIS Healthcare LLC**

By: _____

Name: Mark Rich

Title: Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF HEALTH CHOICE
PREFERRED LOUISIANA PHYSICIAN
ASSOCIATION LLC:**

**IASIS Healthcare LLC**

DocuSigned by:

*Mark Rich*

By: _____
042EE4BF5396489...

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF HEALTH CHOICE
PREFERRED TEXAS ACO – ALAMO
REGION LLC:**

**IASIS Healthcare LLC**

By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF HEALTH CHOICE
PREFERRED TEXAS ACO – GULF
COAST REGION LLC:**

**IASIS Healthcare LLC**

By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF HEALTH CHOICE
PREFERRED TEXAS PHYSICIAN
ASSOCIATION – ALAMO REGION
LLC:**

**IASIS Healthcare LLC**

By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF HEALTH CHOICE
PREFERRED TEXAS PHYSICIAN
ASSOCIATION – GULF COAST
REGION LLC:**

**IASIS Healthcare LLC**

By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF HEALTH CHOICE
UTAH ACCOUNTABLE CARE LLC:**

**Steward West Ventures, Co.**

By:
Name:  Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF HEALTHUTAH HOLDCO LLC:**

**IASIS Healthcare LLC**

By: _____

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF HERITAGE TECHNOLOGIES, LLC:**

**IASIS Healthcare LLC**

By: _____

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF IASIS CAPITAL CORPORATION:**

By: _Michael Callum, M.D._
_____
Name: Michael Callum, M.D.

By: _____
Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF IASIS FINANCE II LLC:**

**IASIS Healthcare LLC**

By: _____
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF IASIS FINANCE III LLC:**

**IASIS Healthcare LLC**

By: _____
Name:  Mark Rich
Title:    Treasurer

**MEMBER OF IASIS FINANCE TEXAS HOLDINGS, LLC:**

**IASIS Finance Inc.**

By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF IASIS FINANCE, INC.:**

By: _Michael Callum, M.D._
17C65FD9D58D04BD

Name: Michael Callum, M.D.

By: _[signature]_
9585A7E8D6964D7

Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**GENERAL PARTNER OF IASIS GLENWOOD REGIONAL MEDICAL CENTER, LP:**

**IASIS Healthcare Holdings, Inc.**

By: _____
Name: Mark Rich
Title:  Treasurer

**LIMITED PARTNER OF IASIS GLENWOOD REGIONAL MEDICAL CENTER, LP:**

**IASIS Healthcare LLC**

By: _____
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF IASIS HEALTHCARE CORPORATION:**

By: _____
Name: Michael Callum, M.D.

By: _____
Name: Ralph de la Torre, M.D.

**STOCKHOLDER OF IASIS HEALTHCARE CORPORATION:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF IASIS HEALTHCARE HOLDINGS, INC.:**

By: _Michael Callum, M.D._____

Name: Michael Callum, M.D.

By: _____

Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF IASIS HEALTHCARE LLC:**

**IASIS Healthcare Corporation**

By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF IASIS MANAGEMENT COMPANY:**

By: _____
Name: Michael Callum, M.D.

By: _____
Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF IASIS TRANSCO, INC.:**

By: _Michael Callum, M.D._
17C85FD9D6B04BD

Name: Michael Callum, M.D.

By: _____
05S5A7E8D6964B7

Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF
INDIGENT CARE SERVICES OF
NORTHEAST LOUISIANA, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

By: ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
17C65PD9D5804BD

Name: Michael Callum, M.D.

DocuSigned by:

By: ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
0568A7E8D6964B7

Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF JORDAN VALLEY HOSPITAL HOLDINGS, INC.:**

By: _Michael Callum, M.D._

Name: Michael Callum, M.D.

[Signature Page to Omnibus Action by Written Consent]

**GENERAL PARTNER OF JORDAN VALLEY MEDICAL CENTER, LP:**

**IASIS Healthcare Holdings, Inc.**

By: _____

Name: Mark Rich

Title:   Treasurer

**LIMITED PARTNERS OF JORDAN VALLEY MEDICAL CENTER, LP:**

**Jordan Valley Hospital Holdings, Inc.**

By: _____

Name: Mark Rich

Title:   Treasurer

**IASIS Healthcare LLC**

By: _____

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF LEGACY TRAILS
MEDICAL CENTER LLC:**

**Steward SA FSED Holdings, Inc.**

By: _____
Name: Mark Rich
Title:   Treasurer

**GENERAL PARTNER OF MESA
GENERAL HOSPITAL, LP:**

**IASIS Healthcare Holdings, Inc.**

By: _____

Name: Mark Rich
Title:   Treasurer

**LIMITED PARTNER OF MESA
GENERAL HOSPITAL, LP:**

**IASIS Healthcare Corporation**

By: _____

Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

DocuSign Envelope ID: A93BBFBF-1E20-49B2-8F14-1C549C516924

**BOARD OF DIRECTORS OF MORTON HOSPITAL, A STEWARD FAMILY HOSPITAL, INC.:**

By: _Michael Callum, M.D._

Name: Michael Callum, M.D.

**STOCKHOLDER OF MORTON HOSPITAL, A STEWARD FAMILY HOSPITAL, INC.:**

**Steward Medical Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _Mark Rich_

Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF MOUNTAIN POINT
HOLDINGS, LLC:**

**Seaboard Development LLC**

DocuSigned by:

*Mark Rich*

By: _____
042EE4BF5396409...

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

GENERAL PARTNER OF MOUNTAIN
VISTA MEDICAL CENTER, LP:

**IASIS Healthcare Holdings, Inc.**

DocuSigned by:

*Mark Rich*

By: _____
0H2EE4BF5396489

Name: Mark Rich

Title:   Treasurer

**LIMITED PARTNERS OF MOUNTAIN
VISTA MEDICAL CENTER, LP:**

**IASIS Healthcare LLC**

DocuSigned by:

*Mark Rich*

By: _____
0H2EE4BF5396489

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**GENERAL PARTNER OF MT TRANSITION LP:**

**IASIS Healthcare Holdings, Inc.**

By: _____

Name: Mark Rich

Title:   Treasurer

**LIMITED PARTNER OF MT TRANSITION LP:**

**IASIS Healthcare Corporation**

By: _____

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF
NASHOBA VALLEY MEDICAL
CENTER, A STEWARD FAMILY
HOSPITAL, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

By: ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
F005FD9D5B04BD...

Name: Michael Callum, M.D.


**STOCKHOLDER OF NASHOBA
VALLEY MEDICAL CENTER, A
STEWARD FAMILY HOSPITAL, INC.:**

**Steward Medical Holdings LLC**

By: Steward Health Care System LLC, its
Managing Member

By: Steward Health Care Holdings LLC, its
Managing Member

DocuSigned by:

*Mark Rich*

By: ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
042EE4BF5396489...

Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF NEW ENGLAND SINAI HOSPITAL, A STEWARD FAMILY HOSPITAL, INC.:**

BY: _Michael Callum, M.D._ _____

Name: Michael Callum, M.D.

**STOCKHOLDER OF NEW ENGLAND SINAI HOSPITAL, A STEWARD FAMILY HOSPITAL, INC.:**

**Steward Medical Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _Mark Rich_ _____

Name: Mark Rich

Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF ODESSA FERTILITY LAB, INC.:**

By: _Michael Callum, M.D._

Name: Michael Callum, M.D.

By: _[signature]_

Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**GENERAL PARTNER OF ODESSA REGIONAL HOSPITAL, LP:**

**IASIS Healthcare Holdings, Inc.**

By: _____
Name: Mark Rich
Title:   Treasurer

**LIMITED PARTNERS OF ODESSA REGIONAL HOSPITAL, LP:**

**IASIS Healthcare LLC**

By: _____
Name: Mark Rich
Title:   Treasurer

**Steward Health OZ Fund, Inc.**

By: _____
Name: Mark Rich
Title:   Treasurer

**ERACO International Group S. de R.L.**

By: _____
Name: Michael Callum, M.D.
Title:   President

**MEMBER OF ONSITE CARE MSO, LLC:**

**OnSite Care, Inc.**

By: _____
Name: Mark Rich
Title:   Treasurer

**BOARD OF DIRECTORS OF ONSITE CARE, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

By: _____
9FC65FD9D5B04BD...

Name: Michael Callum, M.D.

[Signature Page to Omnibus Action by Written Consent]

DocuSign Envelope ID: A93BBFBF-1E20-49B2-8F14-1C549C516924

**BOARD OF DIRECTORS OF
PERMIAN BASIN CLINICAL
SERVICES, INC.:**

By: *Michael Callum, M.D.*

Name: Michael Callum, M.D.

By: *Joseph August, MD*

Name: Joseph August, M.D.

By: *Joseph Weinstein, M.D.*

Name: Joseph Weinstein, M.D.

**MEMBER OF PERMIAN BASIN
CLINICAL SERVICES, INC.:**

**Odessa Regional Hospital, LP**

By: *Mark Rich*

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

DocuSign Envelope ID: A93BBFBF-1E29-49B2-8F11-1C549C516924

**BOARD OF DIRECTORS OF
PERMIAN PREMIER HEALTH
SERVICES, INC.:**

By: _Michael Callum, M.D._

Name: Michael Callum, M.D.

By: _Joseph August, MD_

Name: Joseph August, M.D.

By: _Joseph Weinstein, M.D._

Name: Joseph Weinstein, M.D.

**MEMBER OF PERMIAN PREMIER
HEALTH SERVICES, INC.:**

**IASIS Healthcare Holdings, Inc.**

By: _Mark Rich_

Name: Mark Rich

Title: Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF PHYSICIAN GROUP OF ARIZONA, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

By: _____
17C68FD09D5B04BD...

Name: Michael Callum, M.D.

DocuSigned by:

By: _____
05Q5A7E8D6964B7

Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF PHYSICIAN GROUP OF ARKANSAS, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

By: _____

Name: Michael Callum, M.D.

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF
PHYSICIAN GROUP OF FLORIDA,
INC.:**

DocuSigned by:

*Michael Callum, M.D.*

By: _____
1FC65FD9D6B04BD

Name: Michael Callum, M.D.

DocuSigned by:

By: _____
0365A7E6D6864D7

Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF PHYSICIAN GROUP OF LOUISIANA, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

By: _____
9C65FD9D5B04BD...

Name: Michael Callum, M.D.

DocuSigned by:

By: _____
0585A7E8D6864B7...

Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF PHYSICIAN GROUP OF UTAH, INC.:**

By: Michael Callum, M.D.

Name: Michael Callum, M.D.

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF PODIATRIC PHYSICIANS MANAGEMENT OF ARIZONA, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

By: _____
Name: Michael Callum, M.D.

[Signature Page to Omnibus Action by Written Consent]

**GENERAL PARTNER OF PP TRANSITION LP:**

**IASIS Healthcare Holdings, Inc.**

By: _____
Name: Mark Rich
Title:   Treasurer

**LIMITED PARTNER OF PP TRANSITION LP:**

**IASIS Healthcare Corporation**

By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF PP TRANSITION, INC.:**

By: _Michael Callum, M.D._
Name: Michael Callum, M.D.

By: _[signature]_
Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF QUINCY MEDICAL CENTER, A STEWARD FAMILY HOSPITAL, INC.:**

By: *Michael Callum, M.D.*

Name: Michael Callum, M.D.

By: *[signature]*

Name: Ralph de la Torre, M.D.

**STOCKHOLDER OF QUINCY MEDICAL CENTER, A STEWARD FAMILY HOSPITAL, INC.:**

**Steward Medical Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: *Mark Rich*

Name: Mark Rich

Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF RIVERWOODS ASC HOLDCO LLC:**

**IASIS Healthcare LLC**

By: _____

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**GENERAL PARTNER OF SALT LAKE REGIONAL MEDICAL CENTER, LP:**

**IASIS Healthcare Holdings, Inc.**

By: _____
Name: Mark Rich
Title:  Treasurer

**LIMITED PARTNERS OF SALT LAKE REGIONAL MEDICAL CENTER, LP:**

**IASIS Healthcare LLC**

By: _____
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

DocuSign Envelope ID: A93BBEB5-4E30-40B2-8F14-1C549C516924

**BOARD OF DIRECTORS OF SALT LAKE REGIONAL PHYSICIANS, INC.:**

By: _____
Name: Michael Callum, M.D.

By: _____
Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF SEABOARD
DEVELOPMENT LLC:**

**IASIS Healthcare LLC**

By: _____

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF SEABOARD DEVELOPMENT PORT ARTHUR LLC:**

**IASIS Healthcare LLC**

By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MANAGING MEMBER OF SHC YOUNGSTOWN OHIO LABORATORY SERVICES COMPANY LLC:**

**Steward Ohio Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:   Treasurer

**MEMBER OF SHC YOUNGSTOWN OHIO LABORATORY SERVICES COMPANY LLC:**

**Steward Ohio Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MANAGING MEMBER OF SHC YOUNGSTOWN OHIO OUTPATIENT SERVICES LLC:**

**Steward Ohio Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:  Treasurer

**MEMBER OF SHC YOUNGSTOWN OHIO OUTPATIENT SERVICES LLC:**

**Steward Ohio Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MANAGING MEMBER OF SHC YOUNGSTOWN OHIO PSC LLC:**

**Steward Ohio Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:  Treasurer

**MEMBER OF SHC YOUNGSTOWN OHIO PSC LLC:**

**Steward Ohio Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MANAGER OF SJ MEDICAL CENTER, LLC:**

**IASIS Healthcare LLC**

DocuSigned by:

By: _____

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF SOUTHRIDGE PLAZA HOLDINGS, INC.:**

By: _Michael Callum, M.D._
Name: Michael Callum, M.D.

By: _[signature]_
Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**GENERAL PARTNER OF SOUTHWEST GENERAL HOSPITAL, LP:**

**IASIS Healthcare Holdings, Inc.**

By: _Mark Rich_
DocuSigned by:
042EE4BF5396489...
Name: Mark Rich
Title:   Treasurer

**LIMITED PARTNERS OF SOUTHWEST GENERAL HOSPITAL, LP:**

**IASIS Healthcare LLC**

By: _Mark Rich_
DocuSigned by:
042EE4BF5396489...
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**GENERAL PARTNER OF ST. LUKE'S BEHAVIORAL HOSPITAL, LP:**

**IASIS Healthcare Holdings, Inc.**

By: _____
Name: Mark Rich
Title:   Treasurer

**LIMITED PARTNER OF ST. LUKE'S BEHAVIORAL HOSPITAL, LP:**

**IASIS Healthcare Corporation**

By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**GENERAL PARTNER OF ST. LUKE'S MEDICAL CENTER, LP:**

**IASIS Healthcare Holdings, Inc.**

By: _____
Name: Mark Rich
Title:   Treasurer

**LIMITED PARTNER OF ST. LUKE'S MEDICAL CENTER, LP:**

**IASIS Healthcare Corporation**

By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF
STEWARD ACCOUNTABLE CARE
ORGANIZATION, INC.:**

By: _Michael Callum, M.D._

Name: Michael Callum, M.D.

**STOCKHOLDER OF STEWARD
ACCOUNTABLE CARE
ORGANIZATION, INC.:**

**Steward Healthcare Network, Inc.**

By: _Mark Rich_

Name: Mark Rich
Title:   Treasurer

**BOARD OF DIRECTORS OF STEWARD ANESTHESIOLOGY PHYSICIANS OF FLORIDA, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

By: _____

Name: Michael Callum, M.D.

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF
STEWARD ANESTHESIOLOGY
PHYSICIANS OF MASSACHUSETTS,
INC.:**

DocuSigned by:

*Michael Callum, M.D.*

7C65FD9D5B04BD...

Name: Michael Callum, M.D.

**MEMBER OF STEWARD
ANESTHESIOLOGY PHYSICIANS OF
MASSACHUSETTS, INC.:**

**Steward Medical Group, Inc.**

DocuSigned by:

*Mark Rich*

942EE4BF5306489...

By:
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD ANESTHESIOLOGY PHYSICIANS OF PENNSYLVANIA, INC.**

DocuSigned by:

*Michael Callum, M.D.*

9C65FD9D5B04BD...

By:

Name: Michael Callum, M.D.

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF STEWARD ASC HOLDINGS LLC:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:  Treasurer

**MANAGING MEMBER OF STEWARD ASC HOLDINGS LLC:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF
STEWARD CARNEY HOSPITAL, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

By:
C65FD9D5B04BD

Name: Michael Callum, M.D.


**STOCKHOLDER OF STEWARD
CARNEY HOSPITAL, INC.:**

**Steward Hospital Holdings LLC**

By: Steward Health Care System LLC, its
Managing Member

By: Steward Health Care Holdings LLC, its
Managing Member

DocuSigned by:

*Mark Rich*

By:
942EE4BF5390489

Name: Mark Rich
Title:   Treasurer


[Signature Page to Omnibus Action by Written Consent]

DocuSign Envelope ID: A93BBEB5-4E20-40B2-8F44-1C549C516924

**BOARD OF DIRECTORS OF STEWARD CGH, INC.:**

By: _Michael Callum, M.D._

Name: Michael Callum, M.D.


**STOCKHOLDER OF STEWARD CGH, INC.:**

**Steward Florida Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member


By: _Mark Rich_

Name: Mark Rich
Title:   Treasurer


[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF
STEWARD EASTON HOSPITAL, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

By: _____
17C65FD9D5B04BD...

Name: Michael Callum, M.D.

**STOCKHOLDER OF STEWARD
EASTON HOSPITAL, INC.:**

**Steward Pennsylvania Holdings LLC**

By: Steward Health Care System LLC, its
Managing Member

By: Steward Health Care Holdings LLC, its
Member

DocuSigned by:

*Mark Rich*

By: _____
D42EE4BFE3B6490...

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD EMERGENCY PHYSICIANS OF ARIZONA, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

7C65FD9D5B04BD...

Name: Michael Callum, M.D.


**STOCKHOLDER OF STEWARD EMERGENCY PHYSICIANS OF ARIZONA, INC.:**

**IASIS Healthcare LLC**

DocuSigned by:

*Mark Rich*

By:

842EE4BF5336489...

Name: Mark Rich

Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD EMERGENCY PHYSICIANS OF FLORIDA, INC.:**

By: _Michael Callum, M.D._

Name: Michael Callum, M.D.

**MEMBER OF STEWARD EMERGENCY PHYSICIANS OF FLORIDA, INC.:**

**Steward Medical Group, Inc.**

By: _Mark Rich_

Name: Mark Rich

Title: Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD EMERGENCY PHYSICIANS OF PENNSYLVANIA, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

7C65FD9D5B04BD...

By:

Name: Michael Callum, M.D.

**BOARD OF DIRECTORS OF STEWARD EMERGENCY PHYSICIANS OHIO, INC.:**

By: *Michael Callum, M.D.*

Name: Michael Callum, M.D.

**MEMBER OF STEWARD EMERGENCY PHYSICIANS OHIO, INC.:**

**Steward Medical Group, Inc.**

By: *Mark Rich*

Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD EMERGENCY PHYSICIANS, INC.:**

By: _____
Name: Michael Callum, M.D.

By: _____
Name: Ralph de la Torre, M.D.

**MEMBER OF STEWARD EMERGENCY PHYSICIANS, INC.:**

**Steward Medical Group, Inc.**

By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF STEWARD EMPLOYER SOLUTIONS LLC:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its Managing Member

By: _____

Name: Mark Rich

Title:  Treasurer


**MANAGING MEMBER OF STEWARD EMPLOYER SOLUTIONS LLC:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its Managing Member

By: _____

Name: Mark Rich

Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF STEWARD FALL RIVER MANAGEMENT CARE SERVICES LLC:**

**Steward Operations Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:   Treasurer

**MANAGING MEMBER OF STEWARD FALL RIVER MANAGEMENT CARE SERVICES LLC:**

**Steward Operations Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MANAGING MEMBER OF STEWARD FLORIDA ALF LLC:**

**Steward Florida Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

DocuSigned by:

By: _Mark Rich_ _____
    042EE4BF5306489...

Name: Mark Rich

Title:  Treasurer

**MEMBER OF STEWARD FLORIDA ALF LLC:**

**Steward Florida Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

DocuSigned by:

By: _Mark Rich_ _____
    042EE4BF5306489...

Name: Mark Rich

Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MANAGING MEMBER OF STEWARD FLORIDA ASC LLC:**

**Steward Florida Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:  Treasurer

**MEMBER OF STEWARD FLORIDA ASC LLC:**

**Steward Florida Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF STEWARD FLORIDA HOLDINGS LLC:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its Managing Member

DocuSigned by:

By: _____
Name: Mark Rich
Title:  Treasurer

**MANAGING MEMBER OF STEWARD FLORIDA HOLDINGS LLC:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its Managing Member

DocuSigned by:

By: _____
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD FMC, INC.:**

By: _Michael Callum, M.D._
Name: Michael Callum, M.D.

**STOCKHOLDER OF STEWARD FMC, INC.:**

**Steward Florida Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _Mark Rich_
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD GOOD SAMARITAN MEDICAL CENTER, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

1C85FD9D5B04BD...

Name: Michael Callum, M.D.

**STOCKHOLDER OF STEWARD GOOD SAMARITAN MEDICAL CENTER, INC.:**

**Steward Hospital Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

DocuSigned by:

*Mark Rich*

042EE4BF5398489...

By:

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD GOOD SAMARITAN OCCUPATIONAL HEALTH SERVICES, INC.:**

By: _Michael Callum, M.D._

Name: Michael Callum, M.D.

**STOCKHOLDER OF STEWARD GOOD SAMARITAN OCCUPATIONAL HEALTH SERVICES, INC.:**

**Steward Operations Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _Mark Rich_

Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD GOOD SAMARITAN RADIATION ONCOLOGY CENTER, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

By: _____
97C65FD9D5B04BD...

Name: Michael Callum, M.D.

**STOCKHOLDER OF STEWARD GOOD SAMARITAN RADIATION ONCOLOGY CENTER, INC.:**

**Steward Operations Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

DocuSigned by:

*Mark Rich*

By: _____
042EE4BF5396489...

Name: Mark Rich

Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF STEWARD HEALTH CARE INTERNATIONAL LLC:**

**Steward Operations Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:  Treasurer

**MANAGING MEMBER OF STEWARD HEALTH CARE INTERNATIONAL LLC:**

**Steward Operations Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF
STEWARD HEALTH CARE
NETWORK ACO TEXAS, INC.:**

By: _Michael Callum, M.D._
Name: Michael Callum, M.D.

By: _Joseph August, MD_
Name: Joseph August, M.D.

By: _Joseph Weinstein, M.D._
Name: Joseph Weinstein, M.D.

**MEMBER OF STEWARD HEALTH
CARE NETWORK ACO TEXAS, INC.:**

**Steward Health Care Network, Inc.**

By: _Mark Rich_
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD HEALTH CARE NETWORK, INC.:**

By: _Joseph Weinstein, M.D._

Name: Joseph Weinstein, M.D.

By: _Michael Callum, M.D._

Name: Michael Callum, M.D.

**STOCKHOLDER OF STEWARD HEALTH CARE NETWORK, INC.:**

**Stewardship Health, Inc.**

By: _Mark Rich_

Name: Mark Rich

Title: Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF
STEWARD HEALTH CARE OZ FUND,
INC.:**

By: _____
Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**MANAGING MEMBER OF STEWARD HEALTH CARE SYSTEM LLC:**

**Steward Health Care Holdings LLC**

DocuSigned by:

By: _____
042EE4BF5396489

Name: Mark Rich

Title:  Treasurer

**MEMBER OF STEWARD HEALTH CARE SYSTEM LLC:**

**Steward Health Care Holdings LLC**

DocuSigned by:

By: _____
042EE4BF5396489

Name: Mark Rich

Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF
STEWARD HEALTH CHOICE, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

By: ————17C65FD9D5B04BD————
Name: Michael Callum, M.D.

[Signature Page to Omnibus Action by Written Consent]

**MANAGING MEMBER OF STEWARD HEALTHCARE MANAGEMENT SERVICES LLC:**

**Steward Health Care Network, Inc.**

By: _____

Name: Mark Rich

Title:  Treasurer

**MEMBER OF STEWARD HEALTHCARE MANAGEMENT SERVICES LLC:**

**Steward Health Care Network, Inc.**

By: _____

Name: Mark Rich

Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD HH, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

By: _____
17C65FD9D5B08BD...

Name: Michael Callum, M.D.

**STOCKHOLDER OF STEWARD HH, INC.:**

**Steward Florida Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

DocuSigned by:

*Mark Rich*

By: _____
042EE4BF5396489...

Name: Mark Rich

Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

DocuSign Envelope ID: A93BBEB5-4E20-40B2-8F14-1C549C516924

**BOARD OF DIRECTORS OF STEWARD HILLSIDE REHABILITATION HOSPITAL, INC.:**

By: *Michael Callum, M.D.*
Name: Michael Callum, M.D.


**STOCKHOLDER OF STEWARD HILLSIDE REHABILITATION HOSPITAL, INC.:**

**Steward Ohio Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC its Managing Member

By: *Mark Rich*
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD HOLY FAMILY HOSPITAL, INC.:**

By:
Name: Michael Callum, M.D.


**STOCKHOLDER OF STEWARD HOLY FAMILY HOSPITAL, INC.:**

**Steward Hospital Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By:
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MANAGING MEMBER OF STEWARD HOSPITAL HOLDINGS LLC:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:  Treasurer

**MEMBER OF STEWARD HOSPITAL HOLDINGS LLC:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF
STEWARD HOSPITAL HOLDINGS
SUBSIDIARY ONE, INC.:**

By: _Michael Callum, M.D._____
Name: Michael Callum, M.D.

By: _____
Name: Ralph de la Torre, M.D.

**STOCKHOLDER OF STEWARD
HOSPITAL HOLDINGS SUBSIDIARY
ONE, INC.:**

**Steward Florida ALF LLC**

By: Steward Florida Holdings LLC, its
Managing Member

By: Steward Health Care System LLC, its
Managing Member

By: Steward Health Care Holdings LLC, its
Managing Member

By: _Mark Rich_____
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

DocuSign Envelope ID: A93BBEB5-4E30-40B2-8F44-1C549C516924

**MANAGING MEMBER OF STEWARD IMAGING & RADIOLOGY HOLDINGS LLC:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its Managing Member

By: _Mark Rich_

Name: Mark Rich

Title:   Treasurer

**MEMBER OF STEWARD IMAGING & RADIOLOGY HOLDINGS LLC:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its Managing Member

By: _Mark Rich_

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD MEDICAID CARE NETWORK, INC.:**

By: *Michael Callum, M.D.*

Name: Michael Callum, M.D.

**STOCKHOLDER OF STEWARD MEDICAID CARE NETWORK, INC.:**

**Steward Healthcare Network, Inc.**

By: *Mark Rich*

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD MEDICAL GROUP EXPRESS CARE, INC.:**

By:

Name: Michael Callum, M.D.


**MEMBER OF STEWARD MEDICAL GROUP EXPRESS CARE, INC.:**

**Steward Medical Group, Inc.**

By:

Name: Mark Rich

Title:   Treasurer


[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF
STEWARD MEDICAL GROUP, INC.:**

By: *Michael Callum, M.D.*

Name: Michael Callum, M.D.

**MEMBER OF STEWARD MEDICAL
GROUP, INC.:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its
Member

By: *Mark Rich*

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MANAGING MEMBER OF STEWARD MEDICAL GROUP PENNSYLVANIA ENDOSCOPY LLC:**

**Steward Medical Group, Inc.**

DocuSigned by:

*Mark Rich*

By: _____
042E54BF539B489...

Name:  Mark Rich

Title:   Treasurer

**MEMBER OF STEWARD MEDICAL GROUP PENNSYLVANIA ENDOSCOPY LLC:**

**Steward Medical Group, Inc.**

DocuSigned by:

*Mark Rich*

By: _____
042E4BF539B489...

Name:  Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

DocuSign Envelope ID: A93BBEB5-4E30-40B3-8F44-1C549C516924

**MEMBER OF STEWARD MEDICAL HOLDINGS LLC:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its Member

By: _____
Name: Mark Rich
Title:  Treasurer

**MANAGING MEMBER OF STEWARD MEDICAL HOLDINGS LLC:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its Member

By: _____
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD MEDICAL VENTURES, INC.:**

By: Michael Callum, M.D.

Name: Michael Callum, M.D.


**MEMBER OF STEWARD MEDICAL VENTURES, INC.:**

**Steward Operations Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: Mark Rich

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

DocuSign Envelope ID: A93BBEB5-4E30-40B2-8F44-1C549C516924

**BOARD OF DIRECTORS OF
STEWARD MELBOURNE HOSPITAL
INC.:**

By:
Name: Michael Callum, M.D.


**STOCKHOLDER OF STEWARD
MELBOURNE HOSPITAL INC.:**

**Steward Florida Holdings LLC**

By: Steward Health Care System LLC, its
Managing Member

By: Steward Health Care Holdings LLC, its
Managing Member

By:
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD NEW ENGLAND INITIATIVES, INC.:**

By: _____

Name: Ralph de la Torre, M.D.


**STOCKHOLDER OF STEWARD NEW ENGLAND INITIATIVES, INC.:**

**Steward Operations Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _____

Name: Mark Rich

Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF
STEWARD NORWOOD HOSPITAL,
INC.:**

DocuSigned by:

*Michael Callum, M.D.*

By: _____
17C65FD9D5604BD

Name: Michael Callum, M.D.

**STOCKHOLDER OF STEWARD
NORWOOD HOSPITAL, INC.:**

**Steward Hospital Holdings LLC**

By: Steward Health Care System
LLC, its Managing Member

By: Steward Health Care Holdings
LLC, its Managing Member

DocuSigned by:

*Mark Rich*

By: _____
D42FE4BE590A891

Name: Mark Rich

Title: Treasurer

[Signature Page to Omnibus Action by Written Consent]

DocuSign Envelope ID: A93BBEB5-4E30-40B3-8F44-1C549C516924

**BOARD OF DIRECTORS OF
STEWARD NSMC, INC.:**

By: *Michael Callum, M.D.*
Name: Michael Callum, M.D.


**STOCKHOLDER OF STEWARD
NSMC, INC.:**

**Steward Florida Holdings LLC**

By: Steward Health Care System LLC, its
Managing Member

By: Steward Health Care Holdings LLC, its
Managing Member


By: *Mark Rich*
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MANAGING MEMBER OF STEWARD OHIO HOLDINGS LLC:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its Member

By: _____
Name: Mark Rich
Title:  Treasurer

**MEMBER OF STEWARD OHIO HOLDINGS LLC:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its Member

By: _____
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MEMBER OF STEWARD OPERATIONS HOLDINGS LLC:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its Member

By: _____
Name: Mark Rich
Title:  Treasurer

**MANAGING MEMBER OF STEWARD OPERATIONS HOLDINGS LLC:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its Member

By: _____
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD PATHOLOGY PHYSICIANS OF MASSACHUSETTS, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

By: _____
7C65FD9D5B04BD...

Name: Michael Callum, M.D.

**MEMBER OF STEWARD PATHOLOGY PHYSICIANS OF MASSACHUSETTS, INC.:**

**Steward Medical Group, Inc.**

DocuSigned by:

*Mark Rich*

By: _____
042EE4BF6396480

Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MANAGING MEMBER OF STEWARD PENNSYLVANIA HOLDINGS LLC:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its Member

By: _____

Name: Mark Rich

Title: Treasurer

**MEMBER OF STEWARD PENNSYLVANIA HOLDINGS LLC:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its Member

By: _____

Name: Mark Rich

Title: Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MANAGERS OF STEWARD PET IMAGING, LLC:**

**Steward Good Samaritan Medical Center, Inc.**

By:

Name: Mark Rich

Title:  Treasurer

**Steward Norwood Hospital, Inc.**

By:

Name: Mark Rich

Title:  Treasurer

**Steward St. Anne's Hospital Corporation**

By:

Name: Mark Rich

Title:  Treasurer

**Steward St. Elizabeth's Medical Center of Boston, Inc.**

By:

Name: Mark Rich

Title:  Treasurer

DocuSign Envelope ID: A93BBEB5-4E30-40B2-8F44-1C549C516924

**BOARD OF DIRECTORS OF STEWARD PGH, INC.:**

By: *Michael Callum, M.D.*

Name: Michael Callum, M.D.

**STOCKHOLDER OF STEWARD PGH, INC.:**

**By: Steward Florida Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: *Mark Rich*

Name: Mark Rich

Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD PHYSICIAN CONTRACTING, INC.:**

By:

*Michael Callum, M.D.*
7C65FD9D5B04BD...

Name: Michael Callum, M.D.

**MEMBER OF STEWARD PHYSICIAN CONTRACTING, INC.:**

**Steward Medical Group, Inc.**

By:

*Mark Rich*
42EE4BF5396489...

Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD RADIOLOGY PHYSICIANS OF ARIZONA, INC.:**

By:
Name: Michael Callum, M.D.


**STOCKHOLDER OF STEWARD RADIOLOGY PHYSICIANS OF ARIZONA, INC.:**

**IASIS Healthcare LLC**

By:
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD RADIOLOGY PHYSICIANS OF FLORIDA, INC.:**

By: _Michael Callum, M.D._____

Name: Michael Callum, M.D.

**MEMBER OF STEWARD RADIOLOGY PHYSICIANS OF FLORIDA, INC.:**

**Steward Medical Group, Inc.**

By: _Mark Rich_____

Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD RADIOLOGY PHYSICIANS OF MASSACHUSETTS, INC.:**

By: *Michael Callum, M.D.*

Name: Michael Callum, M.D.

**MEMBER OF STEWARD RADIOLOGY PHYSICIANS OF MASSACHUSETTS, INC.:**

**Steward Medical Group, Inc.**

By: *Mark Rich*

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD RADIOLOGY PHYSICIANS OF PENNSYLVANIA, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

1FC65FD9D5B04BD...

By:

Name: Michael Callum, M.D.

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD ROCKLEDGE HOSPITAL, INC.:**

By: *Michael Callum, M.D.*

Name: Michael Callum, M.D.

**STOCKHOLDER OF STEWARD ROCKLEDGE HOSPITAL, INC.:**

**Steward Florida Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: *Mark Rich*

Name: Mark Rich

Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF**
**STEWARD SA FSED HOLDINGS, INC.:**

By: _Michael Callum, M.D._
Name: Michael Callum, M.D.


**STOCKHOLDER OF STEWARD SA**
**FSED HOLDINGS, INC.:**

**IASIS Healthcare LLC**

By: _Mark Rich_
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF
STEWARD SEBASTIAN RIVER
MEDICAL CENTER, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

By: _____
17C65FD9D5B04BD...

Name: Michael Callum, M.D.

**STOCKHOLDER OF STEWARD
SEBASTIAN RIVER MEDICAL
CENTER, INC.:**

**Steward Florida Holdings LLC**

By: Steward Health Care System LLC, its
Managing Member

By: Steward Health Care Holdings LLC, its
Managing Member

DocuSigned by:

*Mark Rich*

By: _____
042EE4BF5396489...

Name: Mark Rich

Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

DocuSign Envelope ID: A93BBEB5-1E30-40B2-8F44-1C549C516924

**BOARD OF DIRECTORS OF STEWARD SHARON REGIONAL HEALTH SYSTEM, INC.:**

By: _Michael Callum, M.D._

Name: Michael Callum, M.D.

**STOCKHOLDER OF STEWARD SHARON REGIONAL HEALTH SYSTEM, INC.:**

**Steward Pennsylvania Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _Mark Rich_

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

DocuSign Envelope ID: A93BBEB5-4E30-40B3-8F44-1C549C516924

**MANAGING MEMBER OF STEWARD SPECIAL PROJECTS LLC:**

**Steward Good Samaritan Occupational Health Services, Inc.**

By: _____

Name: Mark Rich

Title:  Treasurer

**MEMBER OF STEWARD SPECIAL PROJECTS LLC:**

**Steward Good Samaritan Occupational Health Services, Inc.**

By: _____

Name: Mark Rich

Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF
STEWARD ST. ANNE'S HOSPITAL
CORPORATION:**

DocuSigned by:

*Michael Callum, M.D.*

1A C85FD9D5B04BD...

By:

Name: Michael Callum, M.D.

**STOCKHOLDER OF STEWARD ST.
ANNE'S HOSPITAL CORPORATION**

**Steward Hospital Holdings LLC**

By: Steward Health Care System LLC, its
Managing Member

By: Steward Health Care Holdings LLC, its
Managing Member

DocuSigned by:

*Mark Rich*

042EE4BF5396489

By:

Name: Mark Rich

Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARD ST. ELIZABETH'S MEDICAL CENTER OF BOSTON, INC.:**

By: _Michael Callum, M.D._
Name: Michael Callum, M.D.

**STOCKHOLDER OF STEWARD ST. ELIZABETH'S MEDICAL CENTER OF BOSTON, INC.:**

**Steward Hospital Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _Mark Rich_
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

DocuSign Envelope ID: A93BBEB5-4E30-40B2-8F14-1C549C516924

**BOARD OF DIRECTORS OF STEWARD ST. ELIZABETH'S REALTY CORP.:**

By: _____
Name: Ralph de la Torre, M.D.


**STOCKHOLDER OF STEWARD ST. ELIZABETH'S REALTY CORP.:**

**Steward Operations Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member


By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**MANAGING MEMBER OF STEWARD TEXAS HOSPITAL HOLDINGS LLC:**

**IASIS Healthcare LLC**

By: _____
*Mark Rich*
042EE4BE5396489
Name: Mark Rich
Title:   Treasurer

**MEMBER OF STEWARD TEXAS HOSPITAL HOLDINGS LLC:**

**IASIS Healthcare LLC**

By: _____
*Mark Rich*
042EE4BF5396480
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

DocuSign Envelope ID: A93BBEB5-4E30-40B3-8F44-1C549C516924

**BOARD OF DIRECTORS OF STEWARD TRUMBULL MEMORIAL HOSPITAL, INC.:**

DocuSigned by:

By: *Michael Callum, M.D.*

─────17C65FD9D5B04BD...─────

Name: Michael Callum, M.D.


**STOCKHOLDER OF STEWARD TRUMBULL MEMORIAL HOSPITAL, INC.:**

**Steward Ohio Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC its Managing Member

DocuSigned by:

By: *Mark Rich*

─────042EE4BF539648D...─────

Name: Mark Rich

Title:   Treasurer


[Signature Page to Omnibus Action by Written Consent]

**MANAGING MEMBER OF STEWARD TSC INVESTMENTS LLC:**

**Steward ASC Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:   Treasurer

**MEMBER OF STEWARD TSC INVESTMENTS LLC:**

**Steward ASC Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: _____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF
STEWARD VALLEY REGIONAL
VENTURES, INC.:**

DocuSigned by:

*Michael Callum, M.D.*

Name: Michael Callum, M.D.

**STOCKHOLDER OF STEWARD
VALLEY REGIONAL VENTURES,
INC.:**

**Steward Operations Holdings LLC**

By: Steward Health Care System LLC, its
Managing Member

By: Steward Health Care Holdings LLC, its
Managing Member

DocuSigned by:

*Mark Rich*

By:

Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF
STEWARD WEST VENTURES, CO.**

By: _Michael Callum, M.D._____

Name: Michael Callum, M.D.


**STOCKHOLDER OF STEWARD WEST
VENTURES, CO.**

**IASIS Healthcare LLC**

By: _Mark Rich_____

Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

DocuSign Envelope ID: A93BBEB5-1E30-40B2-8F44-1C549C516924

**BOARD OF DIRECTORS OF STEWARDSHIP HEALTH, INC.:**

By: *Michael Callum, M.D.*

Name: Michael Callum, M.D.

By: *Mark Girard, M.D.*

Name: Mark Girard, M.D.

**STOCKHOLDER OF STEWARDSHIP HEALTH, INC.:**

**Steward Operations Holdings LLC**

By: Steward Health Care System LLC, its Managing Member

By: Steward Health Care Holdings LLC, its Managing Member

By: *Mark Rich*

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**GENERAL PARTNER OF THE MEDICAL CENTER OF SOUTHEAST TEXAS, LP:**

**IASIS Healthcare Holdings, Inc.**

By: _____
Name: Mark Rich
Title:  Treasurer

**LIMITED PARTNER OF THE MEDICAL CENTER OF SOUTHEAST TEXAS, LP:**

**Beaumont Hospital Holdings, Inc.**

By: _____
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**GENERAL PARTNER OF TNC
TRANSITION, LP:**

**IASIS Healthcare Holdings, Inc.**

DocuSigned by:

By: _Mark Rich_____
042EE4BF5306489

Name: Mark Rich

Title:   Treasurer

**LIMITED PARTNER OF TNC
TRANSITION, LP:**

**IASIS Healthcare Corporation**

DocuSigned by:

By: _Mark Rich_____
042EE4BF5306489

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**CLASS A MEMBER OF TRACO
INVESTMENT MANAGEMENT LLC**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its
Managing Member

By: _____
Name: Mark Rich
Title:  Treasurer

**CLASS B MEMBER OF TRACO
INVESTMENT MANAGEMENT LLC**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its
Managing Member

By: _____
Name: Mark Rich
Title:  Treasurer

**MANAGING MEMBER OF TRACO
INVESTMENT MANAGEMENT LLC**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its
Managing Member

By: _____
Name: Mark Rich
Title:  Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF UTAH
TRANSCRIPTION SERVICES, INC.:**

By: *Michael Callum, M.D.*

Name: Michael Callum, M.D.

By:

Name: Ralph de la Torre, M.D.

[Signature Page to Omnibus Action by Written Consent]

**CONSENT TO "SHCS PREFERRED INTERESTS CONSENT MATTERS" FOR EACH OF THE COMPANIES LISTED ON SCHEDULE A, AS APPLICABLE:**

**Steward Health Care System LLC**

By: Steward Health Care Holdings LLC, its Managing Member

DocuSigned by:

*Mark Rich*

By: _____

042EE4BF5396489...

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF STEWARDSHIP HEALTH MEDICAL GROUP, INC.:**

By: _Michael Callum, M.D._

Name: Michael Callum, M.D.

By: _Joseph Weinstein, M.D._

Name: Joseph Weinstein, M.D.

[Signature Page to Omnibus Action by Written Consent]

DocuSign Envelope ID: A93BBEB5-4E90-40B2-8F14-1C549C516924

**MEMBER OF STEWARDSHIP HEALTH MEDICAL GROUP, INC.:**

**Stewardship Health, Inc.**

By: _____

Name: Mark Rich

Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**BOARD OF DIRECTORS OF
STEWARDSHIP SERVICES, INC.:**

By: _Michael Callum, M.D._
_____
Name: Michael Callum, M.D.

By: _Mark Girard, M.D._
_____
Name: Mark Girard, M.D.

**STOCKHOLDER OF STEWARDSHIP
SERVICES, INC.:**

**Stewardship Health, Inc.**

By: _Mark Rich_
_____
Name: Mark Rich
Title:   Treasurer

[Signature Page to Omnibus Action by Written Consent]

**Fill in this information to identify the case:**

Debtor name: Stewardship Health, Inc.

United States Bankruptcy Court for the Southern District of Texas
(State)

Case number (*If known*):     24-_____ ( )

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of consolidated creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Change Healthcare LLC Attn.: Chris Zaetta, General Counsel 2771 Momentum Place Chicago, Illinois 60689-5327 | Attn.: Chris Zaetta, General Counsel Phone: (888) 445-8745 Email: czaetta@optum.com | Trade Debt & Advances | | | | $71,070,544.59 |
| 2 | Philips North America LLC Attn.: Mark Collins, Director of Corporate Accounts 22100 Bothell-Everett Highway, MS 522 Bothell, Washington 98021 | Attn.: Mark Collins, Director of Corporate Accounts Phone: (609) 668-7299 Email: mark.collins@philips.com | Trade Debt | | | | $50,189,970.00 |
| 3 | Medline Industries, LP Attn.: Jeff Fair, VP of National Accounts 1 Medline Place Mundelein, Illinois 60060 | Attn.: Jeff Fair, VP of National Accounts Phone: (615) 504-3930 Email: jfair@medline.com | Trade Debt | | | | $43,245,837.88 |
| 4 | AYA Healthcare, Inc. Attn.: Laura MacNeel, General Counsel 5930 Cornerstone Court West, Suite 300 San Diego, California 92121 | Attn.: Laura MacNeel, General Counsel Phone: (866) 687-7390 Email: lmacneel@ayahealthcare.com | Trade Debt & Litigation | Disputed | | | $42,247,240.44 |
| 5 | Cerner Corporation Attn.: Robert Boston 511 Union Street, Suite 2700 Nashville, Tennessee 37219-8966 | Attn.: Robert Boston Phone: (615) 850-8953 Email: bboston@wallerlaw.com | Trade Debt & Litigation | Disputed | | | $37,510,259.16 |
| 6 | Center for Medicare and Medicaid Services Attn.: T. Whitmore - Overpayment Recovery Unit P.O. Box 7040 Indianapolis, Indiana 46207-7040 | Attn.: T. Whitmore - Overpayment Recovery Unit Phone: (800) 633-4227 Email: jkextendedrepaymentschedules@anthem.com | MAAPP Loans | | | | $32,162,911.00 |
| 7 | Cross Country Healthcare, Inc. Attn.: Susan E. Ball, General Counsel 6551 Park of Commerce Boulevard Boca Raton, Florida 33487 | Attn.: Susan E. Ball, General Counsel Phone: (561) 998-2232 Email: sball@crosscountry.com | Trade Debt | | | | $31,084,880.39 |

| Debtor | Stewardship Health, Inc. | Case number (if known) | 24-_____ (  ) |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 Prolink Healthcare, LLC Attn.: Tony Munafo, President & CEO 4050 E. Cotton Center Boulevard Building 3, Suite 37 Phoenix, Arizona 85040 | Attn.: Tony Munafo, President & CEO Phone: (602) 883-4525 Email: marketing@prolink.com | Trade Debt & Litigation | Disputed | | | $30,771,115.61 |
| 9 Internal Revenue Service Attn.: Centralized Insolvency Operation P.O. Box 7346 Philadelphia, Pennsylvania 19101 | Attn.: Centralized Insolvency Operation Phone: (800) 973-0424 Facsimile: (855) 235-6787 | CARES Act Deferred FICA Tax Liability | | | | $28,357,915.63 |
| 10 Centura Health Corporation Attn.: Tom Donohoe, SVP & General Counsel 2800 Rockcreek Parkway Kansas City, Missouri 64117 | Attn.: Tom Donohoe, SVP & General Counsel Phone: (720) 215-9662 Email: tomdonohoe@centura.org | Contractual Obligation | | | | $28,095,544.05 |
| 11 Medtronic, Inc. Attn.: Ivan Fong, EVP & General Counsel 8200 Coral Sea Street NE, MVC 22 Mounds View, Minnesota 55112 | Attn.: Ivan Fong, EVP & General Counsel Phone: (763) 526-1356 Email: ifong@medtronic.com | Trade Debt | | | | $24,729,130.00 |
| 12 Sodexo, Inc. Attn.: Daniel T. Bueschel, CEO, Healthcare P.O. Box 360170 Pittsburgh, Pennsylvania 15262-0001 | Attn.: Daniel T. Bueschel, CEO, Healthcare Phone: (215) 867-4721 Email: daniel.bueschel@sodexo.com | Trade Debt | | | | $15,474,541.53 |
| 13 Becton, Dickinson and Company Attn.: Chris Bresnahan, Sr. Portfolio Manager 1 Becton Drive Franklin Lakes, New Jersey 07417-1880 | Attn.: Chris Bresnahan, Sr. Portfolio Manager Phone: (619) 816-1044 Email: christopher.bresnahan@bd.com | Trade Debt | | | | $14,967,528.36 |
| 14 Florida Agency for Healthcare Administration Attn.: Andrew T. Sheeran, General Counsel 2727 Mahan Drive Tallahassee, Florida 32308 | Attn.: Andrew T. Sheeran, General Counsel Phone: (800) 955-8771 Email: andrew.sheeran@ahca.myflorida.com | Trade Debt | | | | $14,492,098.16 |
| 15 Crothall Healthcare, Inc. Attn.: Michael Villani 1500 Liberty Ridge Drive Wayne, Pennsylvania 19087 | Attn.: Michael Villani Phone: (718) 490-5084 Email: michael.villani@crothall.com | Trade Debt | | | | $14,070,633.05 |
| 16 Zimmer Biomet, Inc. Attn.: Chad Phipps 345 East Main Street Warsaw, Indiana 46580 | Attn.: Chad Phipps Phone: 1 (800) 348-9500 Email: legal.americas@zimmerbiomet.com | Trade Debt | | | | $12,570,962.27 |
| 17 Express Scripts, Inc. Attn.: Adam Kautzner, President 21653 Network Place Chicago, Illinois 60673-1216 | Attn.: Adam Kautzner, President Phone: (860) 810-6523 Email: awkautzner@express-scripts.com | Trade Debt | | | | $11,511,844.11 |
| 18 HNI Healthcare, Inc. Attn.: Michael Gonzales, CEO & Founder 7500 Rialto Boulevard, Building 1, Suite 140 Austin, Texas 78735 | Attn.: Michael Gonzales, CEO & Founder Phone: (512) 730-3060 Email: mgonzales@hnihealthcare.com | Trade Debt & Litigation | Disputed | | | $11,300,634.08 |

| Debtor | Stewardship Health, Inc. | Case number (if known) | 24-_____ (  ) |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | CloudMed, LLC<br>Attn.: Kyle Hicok<br>1100 Peachtree Street, Suite 1900<br>Atlanta, Georgia 30309 | Attn.: Kyle Hicok<br>Phone: (651) 788-5080<br>Email: khicok@r1rcm.com | Trade Debt | | | | $10,517,645.63 |
| 20 | Synergi Partners, Inc.<br>Attn.: Tanisha Johnson, Manager of Financial Services<br>151 W. Evans Street<br>Florence, South Carolina 29501 | Attn.: Tanisha Johnson, Manager of Financial Services<br>Phone: (843) 519-0808 (ext. 23395)<br>Email: tjohnson@synergipartners.com | Trade Debt | | | | $10,112,309.75 |
| 21 | Stryker Corp.<br>Attn.: Josh Clark, Director of Strategic Sales<br>1941 Stryker Way<br>Portage, Michigan 49002 | Attn.: Josh Clark, Director of Strategic Sales<br>Phone: (269) 389-2963<br>Email: josh.clark@stryker.com | Trade Debt | | | | $8,387,409.66 |
| 22 | Abbott Healthcare, Inc.<br>Attn.: Craig Ogg<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064 | Attn.: Craig Ogg<br>Phone: (404) 432-9550<br>Email: craig.ogg@abbott.com | Trade Debt | | | | $8,172,673.67 |
| 23 | General Electric Company<br>Attn.: Frank R. Jimenez<br>9900 W. Innovation Drive<br>Wauwatosa, Wisconsin 53226 | Attn.: Frank R. Jimenez<br>Phone: (800) 437-1171<br>Email: frank.jimenez@gehealthcare.com | Trade Debt | | | | $7,577,883.91 |
| 24 | Health Catalyst, Inc.<br>Attn.: Jason Alger, CAO<br>10897 S. River Front Parkway, Suite 300<br>South Jordan, Utah 84095 | Attn.: Jason Alger, CAO<br>Phone: (855) 309-6800<br>Email: jason.alger@healthcatalyst.com | Trade Debt | | | | $7,118,044.20 |
| 25 | PricewaterhouseCoopers Advisory Services LLC<br>Attn.: David Tyburski<br>4040 W. Boy Scout Boulevard<br>Tampa, Florida 33607 | Attn.: David Tyburski<br>Phone: (347) 405-4430<br>Email: david.t.tyburski@pwc.com | Trade Debt | | | | $6,319,006.08 |
| 26 | Advantage Healthcare Staffing Services LLC<br>Attn.: Pat Treacy, General Counsel<br>191 Rosa Parks Street, 10th Floor<br>Cincinnati, Ohio 45202 | Attn.: Pat Treacy, General Counsel<br>Email: patrick.treacy@staffmarkgroup.com | Trade Debt | | | | $6,273,801.18 |
| 27 | Sound Physicians Anesthesiology of Texas, PLLC<br>Attn.: Steven McCarty, General Counsel<br>1498 Pacific Avenue, Suite 500<br>Tacoma, Washington 98402 | Attn.: Steven McCarty, General Counsel<br>Phone: (855) 768-6363<br>Email: steven.m.mccarty@gmail.com | Trade Debt | | | | $6,137,435.75 |
| 28 | Boston Scientific Corporation<br>Attn.: Vance R. Brown, General Counsel<br>300 Boston Scientific Way<br>Marlborough, Massachusetts 01752-1234 | Attn.: Vance R. Brown, General Counsel<br>Phone: (508) 683-5389<br>Email: brownv@bsci.com | Trade Debt | | | | $5,395,863.75 |

| Debtor | Stewardship Health, Inc. | Case number (if known) | 24-_____ ( ) |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 29 Finthrive, Inc. Attn.: Jen Do 7950 Legacy Drive, Suite 900 Plano, Texas 75024 | Attn.: Jen Do Phone: (972) 813-4224 Email: tsg@finthrive.com | Trade Debt | | | | $5,376,881.39 |
| 30 ProMedical, LLC Attn.: Doug Lucente, CEO 1 Militia Drive Lexington, Massachusetts 02421 | Attn.: Doug Lucente, CEO Phone: (800) 722-1555 Email: lucente@promedllc.com | Trade Debt | | | | $5,237,669.08 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **STEWARDSHIP HEALTH, INC.,** | § | **Case No. 24-_____ ([●])** |
| | § | |
| Debtor. | § | |
| | § | |

**CONSOLIDATED CORPORATE OWNERSHIP
STATEMENT PURSUANT TO FED. R. BANKR. P. 1007 AND 7007.1**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), attached hereto as **Exhibit A** is an organizational chart reflecting the ownership interests in Steward Health Care Holdings LLC and its debtor affiliates (each, a "**Debtor**" and collectively, the "**Debtors**").  Debtors respectfully represent as follows:

1.        Steward Health Care Investors LLC and MPT Sycamore Opco LLC, each a non-Debtor, own approximately 90.1% and 9.9%, respectively, of the outstanding equity interests in Debtor Steward Health Care Holdings LLC.  Steward Health Care Holdings LLC owns 100% of the outstanding equity interests in Debtor Steward Health Care System LLC.

2.        Steward Health Care System LLC owns, directly or indirectly, 100% of the outstanding equity interests in the remaining Debtors with the following exceptions:[1]

    a.    Collom & Carney Clinic Association, a non-Debtor, owns approximately 11.62% of the outstanding equity interests in Debtor Brim Healthcare of Texas, LLC.

    b.    Radiology Associates of Norwood, Inc., a non-Debtor, owns 25% of the outstanding equity interests in Debtor Steward PET Imaging, LLC.

---

[1]    Only non-Debtor corporations that directly own 10% or more of a Debtor's outstanding equity interests are included below.

    c.    TRACO International Group S. DE R.L., a non-Debtor, owns 30.17% of Davis Hospital & Medical Center, LP.

    d.    TRACO International Group S. DE R.L., a non-Debtor, owns 12.36% of Odessa Regional Hospital, LP.

    e.    TRACO International Group S. DE R.L., a non-Debtor, owns 99.99% of TRACO Investment Management LLC.

3.    To the best of the Debtors' knowledge and belief, except as set forth above, no other corporation directly or indirectly owns 10% or more of the outstanding equity interests of any Debtor.

**<u>Exhibit A</u>**

**Organizational Chart**




Steward
Steward Health Care Holdings LLC (DE)
Steward Health Care System LLC (DE)
Steward Imaging & Radiology Holdings LLC (DE)
75%
Steward PET Imaging LLC (MA)
Breast Imaging Centers of Florida, LLC (FL)
51%
Steward Florida Holdings LLC (DE)
Steward Florida ASC LLC (DE)
Steward CGH, Inc. (DE)
Steward FMC, Inc. (DE)
Steward HH, Inc. (DE)
Steward Melbourne Hospital, Inc. (DE)
Steward NSMC, Inc. (DE)
Steward PGH, Inc. (DE)
Steward Rockledge Hospital, Inc. (DE)
NeuroSkeletal Imaging, LLC (FL)
51%
Brevard SHC Holdings LLC (DE)
Steward Anesthesiology Physicians of Florida, Inc. (DE)
Steward Sebastian River Medical Center, Inc. (DE)
Steward Hospital Holdings LLC (DE)
Steward Carney Hospital, Inc. (DE)
Steward Norwood Hospital, Inc. (DE)
Steward Florida ALF LLC (DE)
Steward Hospital Holdings Subsidiary One, Inc. (DE)
Steward Good Samaritan Medical Center, Inc. (DE)
Steward Holy Family Hospital, Inc. (DE)
Steward St. Anne's Hospital Corporation (DE)
Steward St. Elizabeth's Medical Center of Boston, Inc. (DE)
Steward Employer Solutions LLC (DE)
Steward Operations Holdings LLC (DE)
Steward Fall River Management Care Services LLC (DE)
Steward Good Samaritan Radiation Oncology Center, Inc. (DE)
Steward Health Care International LLC (DE)
Steward New England Initiatives, Inc. (DE)
Steward Valley Regional Ventures, Inc. (DE)
Steward St. Elizabeth's Realty Corp. (DE)
66%
Steward-Compass Ventures, LLC (DE)
75%
Miller Street Medical Center, LLC (MA)
Steward Good Samaritan Occupational Health Services, Inc. (DE)
Steward Medical Ventures, Inc. (MA)
Boston Orthopedic Center, LLC (MA)
Stewardship Health, Inc. (DE)
Steward Special Projects LLC (DE)
Stewardship Health Medical Group, Inc. (MA)
48.83%
Altus ACE, LLC (TX)
Stewardship Services Inc. (DE)
Steward Health Care Network, Inc. (DE)
Steward Accountable Care Organization, Inc. (DE)
Steward Health Care Network ACO Texas, Inc. (TX)
Steward Healthcare Management Services LLC (DE)
Steward Medicaid Care Network, Inc. (DE)
Steward Medical Holdings LLC (DE)
Blackstone Medical Center, Inc. (DE)
Blackstone Rehabilitation Hospital, Inc. (DE)
Morton Hospital, A Steward Family Hospital, Inc. (DE)
Steward Easton Hospital, Inc. (DE)
Nashoba Valley Medical Center, A Steward Family Hospital, Inc. (DE)
New England Sinai Hospital, A Steward Family Hospital, Inc. (DE)
Quincy Medical Center, A Steward Family Hospital, Inc. (DE)
Steward Pennsylvania Holdings LLC (DE)
Steward Sharon Regional Health System, Inc. (DE)
51%
Sharon Regional Diagnostic & Imaging Center, Neshannock LLC (PA)
Steward ASC Holdings LLC (DE)
Steward TSC Investments LLC (DE)
9%
Texarkana Surgery Center, LP (DE)
IASIS Healthcare Corporation (DE)
Steward Ohio Holdings LLC (DE)
SHC Youngstown Ohio Laboratory Services Co. LLC (DE)
SHC Youngstown Ohio PSC LLC (DE)
Steward Trumbull Memorial Hospital, Inc. (DE)
SHC Youngstown Ohio Outpatient Services LLC (DE)
Steward Hillside Rehabilitation Hospital, Inc. (DE)
0.01%
TRACO Investment Management LLC (DE)
99.99%
99%
TRACO International Group S. DE R.L. (Panama)
1%
Steward Medical Group, Inc. (MA)
1%
99%
Apice Health LLC (Panama)
Boston Sports Medicine and Research Institute, LLC (MA)
OnSite Care, Inc. (DE)
OnSite Care MSO, LLC (DE)
Steward Anesthesiology Physicians of Pennsylvania, Inc. (DE)
Steward Emergency Physicians of Florida, Inc. (DE)
Steward Emergency Physicians of Pennsylvania, Inc. (MA)
Steward Emergency Physicians Ohio, Inc. (MA)
Steward Emergency Physicians, Inc. (MA)
Steward Medical Group Express Care, Inc. (MA)
Steward Medical Group Pennsylvania Endoscopy LLC (DE)
Steward Pathology Physicians of Massachusetts, Inc. (MA)
Steward Physician Contracting, Inc. (MA)
Steward Radiology Physicians of Florida, Inc. (DE)
Steward Radiology Physicians of Massachusetts, Inc. (MA)
Steward Radiology Physicians of Pennsylvania, Inc. (DE)
Steward Anesthesiology Physicians of Massachusetts, Inc. (MA)
50%
Orchard Surgical Center, LLC (NH)
50%
Massachusetts Express Care, PLLC (MA)
1%
99%
Mesa General Hospital, LP (DE)
1%
99%
MT Transition LP (DE)
IASIS Healthcare LLC (DE)
1%
99%
PP Transition LP (DE)
1%
99%
St. Luke's Behavioral Hospital, LP (DE)
1%
99%
St. Luke's Medical Center, LP (DE)
1%
99%
TNC Transition LP (DE)
Arizona Diagnostic & Surgical Center, Inc. (DE)
Choice Care Clinic of Louisiana, Inc. (DE)
Choice Care Clinic of Utah, Inc. (DE)
Davis Surgical Center Holdings, Inc. (DE)
Glenwood Specialty Imaging, LLC (DE)
HC Essential Co. (TX)
Health Choice Florida, Inc. (FL)
Health Choice Louisiana, Inc. (LA)
Health Choice Managed Care Solutions LLC (DE)
Health Choice Preferred Louisiana ACO LLC (DE)
Health Choice Preferred Louisiana Physician Association LLC (DE)
Health Choice Preferred Texas ACO – Alamo Region LLC (DE)
Health Choice Preferred Texas ACO – Gulf Coast Region LLC (DE)
Health Choice Preferred Texas Physician Association – Alamo Region LLC (DE)
Health Choice Preferred Texas Physician Association – Gulf Coast Regional LLC (DE)
IASIS Capital Corporation (DE)
IASIS Finance II LLC (DE)
IASIS Finance III LLC (DE)
IASIS Management Company (DE)
IASIS Transco, Inc. (DE)
Indigent Care Services of Northeast Louisiana, Inc. (DE)
Odessa Fertility Lab, Inc. (DE)
Physician Group of Florida, Inc. (DE)
Physician Group of Louisiana, Inc. (DE)
Physician Group of Utah, Inc. (UT)
PP Transition, Inc. (DE)
Riverwoods ASC Holdco LLC (DE)
Seaboard Development Port Arthur LLC (DE)
Southridge Plaza Holdings, Inc. (DE)
Steward Emergency Physicians of Arizona, Inc. (DE)
Steward Health Care OZ Fund, Inc. (DE)
Steward Health Choice, Inc. (AZ)
Steward Radiology Physicians of Arizona, Inc. (DE)
Salt Lake Regional Physicians, Inc. (DE)
Steward Texas Hospital Holdings LLC (D/B/A Scenic Mountain Medical Center) (DE)
Utah Transcription Services, Inc. (DE)
70%
Heritage Technologies, LLC (AZ)
80%
Podiatric Physicians Management of Arizona, Inc. (AZ)
93.57%
1%
Southwest General Hospital, LP (DE)
Biltmore Surgery Center Holdings, Inc. (DE)
Biltmore Surgery Center, Inc. (AZ)
Health Choice Northern Arizona LLC (AZ)
52%
Health Choice Integrated Care, LLC (AZ)
TRACO International Group S. DE R.L.
12.36%
32.79%
42.5374%
Steward Health Care OZ Fund, Inc.
Odessa Regional Hospital, LP (DE)
Permian Basin Clinical Services, Inc. (TX)
IASIS Finance, Inc. (DE)
IASIS Finance Texas Holdings, LLC (DE)
Seaboard Development LLC (UT)
Mountain Point Holdings LLC (DE)
1.1%
98.9%
Mountain Vista Medical Center, LP (DE)
Davis Hospital Holdings, Inc. (DE)
62.43%
1.57%
Davis Hospital & Medical Center, LP (DE)
30.17%
TRACO International Group S. DE R.L.
Jordan Valley Hospital Holdings, Inc. (DE)
79.36%
0.83%
Jordan Valley Medical Center, LP (DE)
17.43%
IASIS Healthcare LLC
97.7%
Salt Lake Regional Medical Center, LP (DE)
1%
50%
Health Choice Preferred Arizona ACO LLC (DE)
50%
Physician Group of Arizona, Inc. (DE)
33.3%
Health Choice Preferred Arizona Physician Association LLC (DE)
Health Choice Preferred Utah ACO LLC (DE)
50%
HealthUtah Holdco LLC (UT)
Beaumont Hospital Holdings, Inc. (DE)
87.39%
93%
The Medical Center of Southeast Texas, LP (DE)
33.33%
Jefferson County Clinical Services, Inc. (Non-Profit) (TX)
SJ Medical Center LLC (D/B/A St. Joseph Medical Center) (TX)
79.85%
Downtown Houston Physician Organization (Non-Profit) (TX)
Steward SA FSED Holdings, Inc. (DE)
Converse Medical Center LLC (TX)
De Zavala Medical Center LLC (TX)
Brim Physicians Group of Colorado, LLC (CO)
Physician Group of Arkansas, Inc. (DE)
Health Choice Preferred Accountable Care LLC (DE)
Legacy Trails Medical Center LLC (TX)
Steward West Ventures, Co. (DE)
Health Choice Utah Accountable Care LLC (DE)
Brim Holding Company, Inc. (DE)
Brim Healthcare of Colorado, LLC D/B/A Pikes Peak Regional Hospital (CO)
76.31%
Brim Healthcare of Texas, LLC D/B/A Wadley Regional Medical Center (DE)
32%
NLV Healthcare Development, LP (DE)
1%
1%
IASIS Healthcare Holdings, Inc. (DE)
Choice Care Clinic I, Inc. (Non-Profit) (TX)
Permian Premier Health Services, Inc. (Non-Profit) (TX)
Choice Care Clinic II, Inc. (Non-Profit) (TX)
Choice Care Clinic III, Inc. (Non-Profit) (TX)
40%
First Physicians PLLC (TX)
40%
FPOG, LLC (TX)
1%
99%
IASIS Glenwood Regional Medical Center, LP (DE)
25%
Northeast Louisiana Physician Hospital Organization, Inc. (LA)
50%
Northeast Louisiana Cancer Institute, L.L.C. (LA)
33.33%
LHCG V, L.L.C. (LA)
33.33%
Patient's Choice Hospice & Palliative Care Center of Louisiana, L.L.C. (LA)
Key
Guarantors
ABL/FILO Guarantor and Bridge Loan Guarantor
MPT Note Guarantor and/or Obligor
Stewardship Note Guarantor
MPT Real Estate Loan Agreement Guarantor
MPT Master Lease I Guarantor
SHC Investors Loan Guarantor
Bridge Loan Guarantor but not ABL/FILO Guarantor
Debtors
Debtor
Non-Debtor
MPT Lessees
MPT Master Lease I Lessee
MPT Master Lease II Lessee
* All ownership percentages are 100% unless otherwise noted.
** Percentages in boxes indicate ownership by IASIS HealthCare Holdings, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **STEWARDSHIP HEALTH, INC.,** | § | **Case No. 24-_____ ([●])** |
| | § | |
| Debtor. | § | |
| | § | |

**LIST OF EQUITY HOLDERS**[1]

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following identifies the equity security holders of the above-captioned debtor in possession (the "**Debtor**").

Check applicable box:

☐    There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interest.

☒    The following are the Debtor's equity security holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Percentage/Number of Interests Held |
|---|---|---|
| Steward Operations Holdings LLC<br>1900 N. Pearl Street, Suite 2400<br>Dallas, Texas 75201 | Shares | 100% |

---

[1]    This list serves as the required disclosure by the Debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of the date of commencement of the Debtor's chapter 11 case.

| Fill in this information to identify the case: |
| --- |

Debtor name: <u>Stewardship Health, Inc.</u>

United States Bankruptcy Court for the <u>Southern District of Texas</u>

Case number (*If known*):   <u>24-____  (   )  </u>

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ____

☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration <u>Consolidated Corporate Ownership Statement and List of Equity Holders</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>May 6, 2024</u>          **x**  <u>/s/ John R. Castellano</u>
            MM /DD /YYYY                         Signature of individual signing on behalf of debtor

                                 <u>John R. Castellano</u>
                                 Printed name

                                 <u>Chief Restructuring Officer</u>
                                 Position or relationship to debtor